UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>        Defendants. | CASE NO: 1:18-CV-03984-MHC |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Local Civil Rule 7.1D, Plaintiffs respectfully move for leave to exceed the page limits with respect to their Motion For Preliminary Approval Of Proposed Class Action Settlement Agreement And Preliminary Certification Of Nationwide Settlement Class And Incorporated Memorandum Of Law ("Plaintiffs' Motion"). Pursuant to Local Rule 7.1(D), briefs filed in support of a motion shall not exceed twenty-five (25) pages without the Court's permission.  However, courts

may grant leave to exceed this page limitation upon good cause shown. *In re: Equifax Inc. Customer Data Security Breach Litigation,* Case No. 1:17-md-02800-TWT, Dkt. No. 892 (N.D. Ga. Dec. 3, 2019). Plaintiffs request an additional thirty-five (35) pages for Plaintiffs' Motion. Accordingly, Plaintiffs' Motion will not exceed sixty (60) pages in length, exclusive of its Table of Contents and Table of Authorities. Undersigned counsel states that he contacted counsel for Defendants, and that Defendants stated that they did not oppose the present motion.

Plaintiffs filed this case as a class action suit, comprising a nationwide settlement class of all current and former owners and lessees of any Mercedes-Benz vehicle originally painted with 590 Mars Red paint and purchased or leased in the United States. As a result, any settlement this Court approves will impact over 100,000 class members and approximately 75,000 Subject Vehicles. For this reason, it is imperative that this Court be fully informed of all relevant facts and legal arguments.

The putative class in this action has not yet been certified. Thus, in addition to demonstrating the appropriateness of the settlement agreement, the suitability of class counsel, and the sufficiency of the proposed notice, Plaintiffs also must demonstrate in Plaintiffs' Motion that the proposed class satisfies the requirements for certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

The requested page extension is necessary and important to this Court's ability to receive a full discussion of the issues presented. Accordingly, Plaintiffs respectfully request that this motion for leave to exceed the page limits with respect to Plaintiffs' Motion be granted, and this Court enter an order permitting Plaintiffs' Motion to not exceed sixty (60) pages.

Respectfully submitted this the 21st day of December, 2020.

/s/ Travis E. Lynch
James F. McDonough, III
Jonathan R. Miller
(GA Bar No. 507179)
Travis E. Lynch
(GA Bar No. 162373)
HENINGER GARRISON DAVIS, LLC
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0869,-0863,-0867
Facsimile: (205) 326-5502,-5506,-5515
Email: jmcdonough@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com
Email: tlynch@hgdlawfirm.com

W. Lewis Garrison, Jr.
(GA Bar No. 286815)
Taylor C. Bartlett
(GA Bar No. 778655)
HENINGER GARRISON DAVIS, LLC
2224 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336

Facsimile: (205) 326-3332
Email: lewis@hgdlawfirm.com
Email: taylor@hgdlawfirm.com

K. Stephen Jackson
(GA Bar No. 387443)
JACKSON & TUCKER, PC
2229 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536
Email: steve@jacksonandtucker.com

*Counsel for the Pinon Plaintiffs and Proposed Class Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused the foregoing document to be electronically-filed with the Clerk of Court using this Court's CM/ECF system, which caused it to be served this day on all counsel of record who have consented to receive electronic service.

Respectfully submitted this the 21st day of December, 2020.

/s/ Travis E. Lynch
Travis E. Lynch
(GA Bar No. 162373)

## **LOCAL RULE 7.1(D) COMPLIANCE CERTIFICATE**

Pursuant to L.R. 7.1(D), this certifies that the foregoing document complies with the font and point selections approved by L.R. 5.1(C). The foregoing document was prepared using Times New Roman font in 14 point.

Respectfully submitted this the 21st day of December, 2020.

                                       */s/ Travis E. Lynch*
                                       Travis E. Lynch
                                       (GA Bar No. 162373)