UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>        Defendants. | CASE NO: 1:18-CV-03984-MHC |

**DECLARATION OF EMILY PINON IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Emily Pinon declare as follows:

1.    I submit this declaration to assist the Court in evaluating Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, any Motion for Final Approval of Class Action Settlement, and any Motion for an Award of Attorneys' Fees and Costs and for Class Representative Service Awards. I have personal knowledge of the facts stated in this declaration, and I can testify to them if so required.

2. I am a named plaintiff in *Pinon, et al. v. Mercedes-Benz USA, LLC and Daimler AG*, No. 1:18-cv-03984-MHC (N.D. Ga.) (the "*Pinon* Lawsuit").

3. I own a Class Vehicle, which is a 2015 Mercedes C250 painted in "Mars Red." During my ownership and use of the vehicle I experienced the blistering, peeling, flaking, and bubbling of the exterior paint as described in the *Pinon* Lawsuit (the "Alleged Mars Red Paint Defect"). As part of being a named plaintiff in the *Pinon* Lawsuit, I agreed to be proffered as a class representative in the case, with the goal of representing similarly situated owners and lessees of Mercedes vehicles with Mars Red paint and who have experienced the Alleged Mars Red Paint Defect.

4. As part of being a named Plaintiff in the *Pinon* Lawsuit, I actively participated in the litigation. I responded to substantial written discovery, produced documents related to my purchase, ownership, service, and maintenance of my Class Vehicle and made my vehicle available for inspection by Class Counsel and their experts. Throughout the course of this litigation, I remained in touch with Class Counsel, who kept me updated and informed of matters of importance in the lawsuit, and I regularly updated them on the condition of my vehicle's exterior paint. I spent significant time pursuing these claims and representing the Class to the best of my ability.

5.  I understand the terms of the Settlement currently before this Court and the benefits it offers to me and the Class Members. Given my active and significant involvement in the *Pinon* Litigation, I am able to evaluate the Settlement in context. I believe the Settlement is fair and reasonable to all members of the Class in light of the relief we sought, and the risks and delay of continued litigation. The Settlement should be approved, and I am willing and able to represent and protect the Class going forward.

6.  I understand that Class Counsel intends to apply for a service award on my behalf. I was not promised, and my role as a Class Representative was not based on the expectation of, a service award.

## **VERIFICATION**

Consistent with 28 U.S.C. § 1746, I declare and/or verify under penalty of perjury that the forgoing is true and correct.

Date: 12/20/2020          *Emily Pinon*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>Defendants. | CASE NO: 1:18-CV-03984-MHC |

### DECLARATION OF GARY C. KLEIN IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

I, Gary C. Klein declare as follows:

1. I submit this declaration to assist the Court in evaluating Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, any Motion for Final Approval of Class Action Settlement, and any Motion for an Award of Attorneys' Fees and Costs and for Class Representative Service Awards. I have personal knowledge of the facts stated in this declaration, and I can testify to them if so required.

2. I am a named plaintiff in *Pinon, et al. v. Mercedes-Benz USA, LLC and Daimler AG*, No. 1:18-cv-03984-MHC (N.D. Ga.) (the "*Pinon* Lawsuit").

3. I own a Class Vehicle, which is a 2014 Mercedes E-350 painted in "Mars Red." During my ownership and use of the vehicle I experienced the blistering, peeling, flaking, and bubbling of the exterior paint as described in the *Pinon* Lawsuit (the "Alleged Mars Red Paint Defect"). As part of being a named plaintiff in the *Pinon* Lawsuit, I agreed to be proffered as a class representative in the case, with the goal of representing similarly situated owners and lessees of Mercedes vehicles with Mars Red paint and who have experienced the Alleged Mars Red Paint Defect.

4. As part of being a named Plaintiff in the *Pinon* Lawsuit, I actively participated in the litigation. I responded to substantial written discovery, produced documents related to my purchase, ownership, service, and maintenance of my Class Vehicle and made my vehicle available for inspection by Class Counsel and their experts. Throughout the course of this litigation, I remained in touch with Class Counsel, who kept me updated and informed of matters of importance in the lawsuit, and I regularly updated them on the condition of my vehicle's exterior paint. I spent significant time pursuing these claims and representing the Class to the best of my ability.

5. I understand the terms of the Settlement currently before this Court and the benefits it offers to me and the Class Members. Given my active and significant involvement in the *Pinon* Litigation, I am able to evaluate the Settlement in context. I believe the Settlement is fair and reasonable to all members of the Class in light of the relief we sought, and the risks and delay of continued litigation. The Settlement should be approved, and I am willing and able to represent and protect the Class going forward.

6. I understand that Class Counsel intends to apply for a service award on my behalf. I was not promised, and my role as a Class Representative was not based on the expectation of, a service award.

## VERIFICATION

Consistent with 28 U.S.C. § 1746, I declare and/or verify under penalty of perjury that the forgoing is true and correct.

Date: December 19, 2020.

_____
Gary C. Klein

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>Defendants. | CASE NO: 1:18-CV-03984-MHC |

### DECLARATION OF KIM BROWN IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

I, Kim Brown declare as follows:

1. I submit this declaration to assist the Court in evaluating Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, any Motion for Final Approval of Class Action Settlement, and any Motion for an Award of Attorneys' Fees and Costs and for Class Representative Service Awards. I have personal knowledge of the facts stated in this declaration, and I can testify to them if so required.

Page 1 of 3

2. I am a named plaintiff in *Pinon, et al. v. Mercedes-Benz USA, LLC and Daimler AG*, No. 1:18-cv-03984-MHC (N.D. Ga.) (the "*Pinon* Lawsuit").

3. I own a Class Vehicle, which is a 2011 Mercedes C300 painted in "Mars Red." During my ownership and use of the vehicle I experienced the blistering, peeling, flaking, and bubbling of the exterior paint as described in the *Pinon* Lawsuit (the "Alleged Mars Red Paint Defect"). As part of being a named plaintiff in the *Pinon* Lawsuit, I agreed to be proffered as a class representative in the case, with the goal of representing similarly situated owners and lessees of Mercedes vehicles with Mars Red paint and who have experienced the Alleged Mars Red Paint Defect.

4. As part of being a named Plaintiff in the *Pinon* Lawsuit, I actively participated in the litigation. I responded to substantial written discovery, produced documents related to my purchase, ownership, service, and maintenance of my Class Vehicle and made my vehicle available for inspection by Class Counsel and their experts. Throughout the course of this litigation, I remained in touch with Class Counsel, who kept me updated and informed of matters of importance in the lawsuit, and I regularly updated them on the condition of my vehicle's exterior paint. I spent significant time pursuing these claims and representing the Class to the best of my ability.

5. I understand the terms of the Settlement currently before this Court and the benefits it offers to me and the Class Members. Given my active and significant involvement in the *Pinon* Litigation, I am able to evaluate the Settlement in context. I believe the Settlement is fair and reasonable to all members of the Class in light of the relief we sought, and the risks and delay of continued litigation. The Settlement should be approved, and I am willing and able to represent and protect the Class going forward.

6. I understand that Class Counsel intends to apply for a service award on my behalf. I was not promised, and my role as a Class Representative was not based on the expectation of, a service award.

## VERIFICATION

Consistent with 28 U.S.C. § 1746, I declare and/or verify under penalty of perjury that the forgoing is true and correct.

Date: December 20, 2020.

Kim Brown

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>   Defendants. | CASE NO: 1:18-CV-03984-MHC |

**DECLARATION OF JOSHUA FRANKUM IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Joshua Frankum declare as follows:

1. I submit this declaration to assist the Court in evaluating Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, any Motion for Final Approval of Class Action Settlement, and any Motion for an Award of Attorneys' Fees and Costs and for Class Representative Service Awards. I have personal knowledge of the facts stated in this declaration, and I can testify to them if so required.

2. I am a named plaintiff in *Pinon, et al. v. Mercedes-Benz USA, LLC and Daimler AG*, No. 1:18-cv-03984-MHC (N.D. Ga.) (the "*Pinon* Lawsuit").

3. I own a Class Vehicle, which is a 2014 Mercedes GLK 250 painted in "Mars Red." During my ownership and use of the vehicle I experienced the blistering, peeling, flaking, and bubbling of the exterior paint as described in the *Pinon* Lawsuit (the "Alleged Mars Red Paint Defect"). As part of being a named plaintiff in the *Pinon* Lawsuit, I agreed to be proffered as a class representative in the case, with the goal of representing similarly situated owners and lessees of Mercedes vehicles with Mars Red paint and who have experienced the Alleged Mars Red Paint Defect.

4. As part of being a named Plaintiff in the *Pinon* Lawsuit, I actively participated in the litigation. I responded to substantial written discovery, produced documents related to my purchase, ownership, service, and maintenance of my Class Vehicle and made my vehicle available for inspection by Class Counsel and their experts. Throughout the course of this litigation, I remained in touch with Class Counsel, who kept me updated and informed of matters of importance in the lawsuit, and I regularly updated them on the condition of my vehicle's exterior paint. I spent significant time pursuing these claims and representing the Class to the best of my ability.

5. I understand the terms of the Settlement currently before this Court and the benefits it offers to me and the Class Members. Given my active and significant involvement in the *Pinon* Litigation, I am able to evaluate the Settlement in context. I believe the Settlement is fair and reasonable to all members of the Class in light of the relief we sought, and the risks and delay of continued litigation. The Settlement should be approved, and I am willing and able to represent and protect the Class going forward.

6. I understand that Class Counsel intends to apply for a service award on my behalf. I was not promised, and my role as a Class Representative was not based on the expectation of, a service award.

## VERIFICATION

Consistent with 28 U.S.C. § 1746, I declare and/or verify under penalty of perjury that the forgoing is true and correct.

Date: Dec 19 2020, 2020.

Joshua Frankum

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>Defendants. | CASE NO: 1:18-CV-03984-MHC |

**DECLARATION OF TODD BRYAN IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, Todd Bryan declare as follows:

1. I submit this declaration to assist the Court in evaluating Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, any Motion for Final Approval of Class Action Settlement, and any Motion for an Award of Attorneys' Fees and Costs and for Class Representative Service Awards. I have personal knowledge of the facts stated in this declaration, and I can testify to them if so required.

Page 1 of 3

2. I am a named plaintiff in *Pinon, et al. v. Mercedes-Benz USA, LLC and Daimler AG*, No. 1:18-cv-03984-MHC (N.D. Ga.) (the "*Pinon* Lawsuit").

3. I own a Class Vehicle, which is a 2013 Mercedes SLK 250 painted in "Mars Red." During my ownership and use of the vehicle I experienced the blistering, peeling, flaking, and bubbling of the exterior paint as described in the *Pinon* Lawsuit (the "Alleged Mars Red Paint Defect"). As part of being a named plaintiff in the *Pinon* Lawsuit, I agreed to be proffered as a class representative in the case, with the goal of representing similarly situated owners and lessees of Mercedes vehicles with Mars Red paint and who have experienced the Alleged Mars Red Paint Defect.

4. As part of being a named Plaintiff in the *Pinon* Lawsuit, I actively participated in the litigation. I responded to substantial written discovery, produced documents related to my purchase, ownership, service, and maintenance of my Class Vehicle and made my vehicle available for inspection by Class Counsel and their experts. Throughout the course of this litigation, I remained in touch with Class Counsel, who kept me updated and informed of matters of importance in the lawsuit, and I regularly updated them on the condition of my vehicle's exterior paint. I spent significant time pursuing these claims and representing the Class to the best of my ability.

5. I understand the terms of the Settlement currently before this Court and the benefits it offers to me and the Class Members. Given my active and significant involvement in the *Pinon* Litigation, I am able to evaluate the Settlement in context. I believe the Settlement is fair and reasonable to all members of the Class in light of the relief we sought, and the risks and delay of continued litigation. The Settlement should be approved, and I am willing and able to represent and protect the Class going forward.

6. I understand that Class Counsel intends to apply for a service award on my behalf. I was not promised, and my role as a Class Representative was not based on the expectation of, a service award.

## VERIFICATION

Consistent with 28 U.S.C. § 1746, I declare and/or verify under penalty of perjury that the forgoing is true and correct.

Date: Dec 19TH, 2020.

Todd Bryan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>Defendants. | CASE NO: 1:18-CV-03984-MHC |

**DECLARATION OF DINEZ WEBSTER IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

I, DINEZ WEBSTER declare as follows:

1. I submit this declaration to assist the Court in evaluating Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, any Motion for Final Approval of Class Action Settlement, and any Motion for an Award of Attorneys' Fees and Costs and for Class Representative Service Awards. I have personal knowledge of the facts stated in this declaration, and I can testify to them if so required.

2. I am a named plaintiff in *Pinon, et al. v. Mercedes-Benz USA, LLC and Daimler AG*, No. 1:18-cv-03984-MHC (N.D. Ga.) (the "*Pinon* Lawsuit").

3. I own a Class Vehicle, which is a 2014 Mercedes GLK 350 painted in "Mars Red." During my ownership and use of the vehicle I experienced the blistering, peeling, flaking, and bubbling of the exterior paint as described in the *Pinon* Lawsuit (the "Alleged Mars Red Paint Defect"). As part of being a named plaintiff in the *Pinon* Lawsuit, I agreed to be proffered as a class representative in the case, with the goal of representing similarly situated owners and lessees of Mercedes vehicles with Mars Red paint and who have experienced the Alleged Mars Red Paint Defect.

4. As part of being a named Plaintiff in the *Pinon* Lawsuit, I actively participated in the litigation. I responded to substantial written discovery, produced documents related to my purchase, ownership, service, and maintenance of my Class Vehicle and made my vehicle available for inspection by Class Counsel and their experts. Throughout the course of this litigation, I remained in touch with Class Counsel, who kept me updated and informed of matters of importance in the lawsuit, and I regularly updated them on the condition of my vehicle's exterior paint. I spent significant time pursuing these claims and representing the Class to the best of my ability.

5. I understand the terms of the Settlement currently before this Court and the benefits it offers to me and the Class Members. Given my active and significant involvement in the *Pinon* Litigation, I am able to evaluate the Settlement in context. I believe the Settlement is fair and reasonable to all members of the Class in light of the relief we sought, and the risks and delay of continued litigation. The Settlement should be approved, and I am willing and able to represent and protect the Class going forward.

6. I understand that Class Counsel intends to apply for a service award on my behalf. I was not promised, and my role as a Class Representative was not based on the expectation of, a service award.

## VERIFICATION

Consistent with 28 U.S.C. § 1746, I declare and/or verify under penalty of perjury that the forgoing is true and correct.

Date: December 21, 2020.

_____
Dinez Webster