UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>        Defendants. | CASE NO: 1:18-CV-03984-MHC |

## DECLARATION OF K. STEPHEN JACKSON, ESQ.

I, Attorney K. Stephen Jackson, hereby declare as follows:

1.      I am over the age of 18 years.

2.      This Declaration is made and submitted in support of Plaintiffs' *Motion to Appoint Class Counsel* and on behalf of myself and my law firm Jackson & Tucker, P.C. (founded in 2006).  I have personal knowledge of all matters set forth herein.

3.      I hold "Of Counsel" status with Heninger Garrison Davis, LLC ("HGD") and am Plaintiffs' counsel of record in the present action, having

provided legal services to Plaintiffs Emily Pinon, Gary C. Klein, Kim Brown, Joshua Frankum, Dinez Webster, and Todd Bryan, and generally on behalf of all putative class members, since this action was first instituted on August 21, 2018.

4.      Jackson & Tucker, P.C.'s attorneys are licensed to practice law in Alabama, Georgia, Mississippi, Tennessee, Pennsylvania, New York, Texas, and the District of Columbia. The firm holds Martindale-Hubbell's highest rating for ethical standards and legal ability ("AV"), and has been listed in the Bar *Register of Pre-Eminent Lawyers* [2008-2010].

5.      I am a 1983 graduate of the Cumberland School of Law, Samford University, located in Birmingham, Alabama. I was admitted to practice law in the State of Alabama in September, 1983, and in the State of Georgia in May, 1984. Since 1983, I have practiced exclusively in the area of civil litigation. I am admitted to practice before the United States District Courts for the Northern, Middle and Southern Districts of Alabama, and the United States District Court for the Northern District of Georgia.

6.      I have tried numerous civil cases in state and federal courts and have been admitted *pro hac vice* in a number of state and federal courts during my legal career, representing thousands of clients in class action and/or complex litigation cases.

010-9146-0746/2/AMERICAS

7.     I hold Martindale-Hubbell's highest individual attorney rating for ethical standards and legal ability ("AV") in the areas of Personal Injury Law, Insurance Fraud, Insurance Bad Faith, Products Liability Law, Medical Negligence, Wrongful Death, Consumer Fraud, Class Actions & Mass Torts. I have been deemed a "SuperLawyer" [www.superlawyers.com] by my peers [2008-2009, 2011-2012, 2019-2020], and am a member of the Birmingham Bar Association, having served for several years on various committees.

8.     Some of the class action cases I have handled include: *Baker v. Regions Financial Corp.,* CV 99-252, in the Circuit Court of Jackson County, Alabama (granted class certification on September 27, 2001) [involving the improper sale of insurance to banking customers]; *Mercer, et al. v. Life Insurance Company of Georgia*, CV 2000RCCV-27, in the Superior Court of Richmond County, Georgia (class settlement Fairness Hearing held on September 24, 2001) [a national class action comprising more than 180,000 class members involving allegations of improper premium pricing of life insurance products]; *Riggins v. Allstate*, CV 00-1708, filed in the Circuit Court of Jefferson County, Alabama [involving allegations of improper life insurance pricing practices]; *Thomas v. Progressive Specialty, Ins. Co., et al.,* CV 01-98, in the Circuit Court of Barbour County, Alabama, Clayton Division [involving allegations of improper claim

practices relating to property insurance]; *McGhee v. Chase Manhattan Mortgage Corporation, et al.,* CV 01-58, in the Circuit Court of Tallapoosa County, Alabama [involving allegations relating to the sale of hazard insurance]; *Morris v. DirecTV,* in the Superior Court of Fulton County, Georgia, 2001 CV3-9999 [involving claims for sending unlawful facsimiles under the Telephone Consumer Protection Act]; *McEachern v. The Equitable Life Assurance Society of the United States, et al.*, CV 00-403-CB-C, in the United States District Court for the Southern District of Alabama [involving allegations of charging improper fees in annuity contracts]; *Gilmore v. MONY Life Insurance Company of America*, CV-00-T-84-N, in the United States District Court of the Middle District of Alabama [involving allegations of charging improper fees in annuity contract]; *Buckingham v. Baptist Memorial Hospital-Golden Triangle Inc., et al.*, CV 1:01CV36-B-D, in the U.S. District Court of the Northern District of Mississippi, Eastern Division [a Fair Debt Collection Practices Act Claim regarding the practice of collecting debts following their discharge in bankruptcy court]; *O'Neil v. Abbott Labs, et al.*, [involving price-fixing and other claims arising out of anti-competitive activities with respect to the drug terazosin hydrochloride] (originally filed in the Circuit Court of Jefferson County, Alabama, made part of the Terazosin Hydrochloride Antitrust Litigation MDL, Docket No 1317); *Allen and Cannon v. Jefferson County Commission, The*

*Water Works and Sewer Board of the City of Birmingham, et al.,* CV-01-491, in the Circuit Court of Jefferson County, Alabama – Bessemer Division [involving allegations of improper charging of customers for water and sewer usage]; *Ragan v. Invesco Funds Group*, in the United States District Court, Southern District of Georgia – Dublin Division [involving allegations of improper fees charged to certain mutual funds].

9.     In addition to representation of plaintiffs in class actions, Jackson & Tucker, P.C., regularly undertakes mass tort litigation involving the representation of numerous individual plaintiffs with similar claims. These include the prosecution of cases for thousands of plaintiffs with claims against, among others, Prudential Insurance Company, Metropolitan Life Insurance Company, State Farm Insurance Company, Life of Georgia Insurance Company of America (approximately 1,300 clients), American General Insurance Company (approximately 2,500 clients), Liberty National Life Insurance Company (approximately 1,000 clients), United Insurance Company (approximately 1,200 clients), New England Mutual Life Insurance Company, IDS/American Express, Lincoln National Life Insurance Company, H&R Block (approximately 250 clients), Primerica Life Insurance Company, Allianz Life Insurance Company, CitiFinancial Associates, Nissan Motor Acceptance Corporation, Chrysler

Financial Company (approximately 200 clients), Toyota Motor Credit Corporation (approximately 370 clients), Warner Lambert, Parke-Davis, Purdue Pharma, American Home Products/Wyeth (approximately 500 clients), Mutual Savings (approximately 1,000 clients), Bayer (approximately 600 clients), Bristol Meyers, Janssen Pharmaceutical, First Family, Lifescan, Inc., Johnson & Johnson, and Guidant Corporation.

10.    I and my firm are presently counsel of record for the plaintiff(s) and/or plaintiff class in the following complex and/or class action cases in conjunction with HGD:

   a.    *Pinon, et al., individually and on behalf of all others similarly situated, v. Daimler AG, et al.* [Civil Action No.: 1:18-cv-03984-MHC (U.S. District Court for the Northern District of Georgia)].

   b.    *Essure Product Cases*. Representing approximately 300 individual Plaintiffs in various venues Nationwide.

11.    I am knowledgeable about the facts and law applicable to the claims in this case, including the proposed settlement, having been involved in this matter beginning in the summer of 2018, when my firm and HGD first began investigating the facts and circumstances made the basis of this action.

12.    I and my firm are fully qualified and committed to dedicating the necessary time and resources to continue pursuing this matter on behalf of the

named Plaintiffs and Proposed Class to a final resolution, in conjunction with HGD, regardless of the form.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>December 21, 2020</u>

Respectfully submitted,

<u>/s/ K. Stephen Jackson</u>
K. Stephen Jackson
(GA Bar No. 387443)
JACKSON & TUCKER, PC
2229 1st Avenue North
Birmingham, Alabama 35203
Telephone: (205) 252-3535
Facsimile: (205) 252-3536
Email: steve@jacksonandtucker.com

*Counsel for the Plaintiffs and Proposed Class*

## LOCAL RULE 7.1(D) COMPLIANCE CERTIFICATE

Pursuant to L.R. 7.1(D), this certifies that the foregoing document complies with the font and point selections approved by L.R. 5.1(C). The foregoing document was prepared using Times New Roman font in 14 point.

Dated: <u>December 21, 2020</u>          <u>/s/ K. Stephen Jackson</u>
                                          K. Stephen Jackson
                                          (GA Bar No. 387443)

010-9146-0746/2/AMERICAS