UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, and DAIMLER AG,<br><br>Defendants. | CASE NO: 1:18-CV-03984-MHC |

## ORDER

THIS MATTER having come before the Court on the Plaintiffs' Unopposed Motion to Exceed Page Limits And Incorporated Memorandum of Law, and the Court having considered such unopposed motion and being otherwise advised of the premises, finds the unopposed motion well taken and shall be GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs shall be permitted to exceed the twenty-five (25) page limitation for briefs. Plaintiffs' Motion For Preliminary

Approval Of Proposed Class Action Settlement Agreement And Preliminary Certification Of Nationwide Settlement Class And Incorporated Memorandum Of Law may be up to sixty (60) pages in length.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER, 2020.

_____
U.S. DISTRICT JUDGE MARK H. COHEN