UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, NANCY PEARSALL, LACRESHA EARLEY, and TODD BRYAN on Behalf of All Others Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:18-CV-03984-MHC |
| vs. | ) ) | |
| MERCEDES-BENZ USA, LLC, and DAIMLER AG | ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF CAROLINE F. BARTLETT IN SUPPORT OF PONZIO PLAINTIFFS' MOTION TO INTERVENE AND CONTINUE HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

CAROLINE F. BARTLETT, of full age and upon her oath declares as follows:

1.      I am an attorney at law in the State of New Jersey and a member of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C., attorneys for Plaintiffs Robert Ponzio, Karina Kloczko, Jessica Irene Miller, Alex Acuna, Brian Madsen, Vanessa M. Montgomery, Robert Mull, Hadiya Nelthrope, and Samuel Salgado ("*Ponzio* Plaintiffs") in the matter *Ponzio v. Mercedes-Benz USA, LLC*, 1:18-cv-12544-JHR-JS (D.N.J.).

2.      I submit this Declaration in support of the *Ponzio* Plaintiffs' Motion to Intervene for the purpose of engaging in a process to improve the proposed settlement and, in the alternative, responding to the Unopposed Motion for Appointment of Interim Class Counsel [ECF No. 48] ("Motion to Appoint").

3.      Attached hereto as Exhibit A is a true and accurate copy of the March 23, 2020 Order Appointing Interim Class Counsel in *Ponzio*.  ECF No. 57.

4.      In connection with this filing, my firm and others have prepared an analysis of the pleadings filed in the *Ponzio* case and the *Pinon* case.  The results of the comparisons are set forth in our accompanying brief.  There is no question that Pinon utilized substantial portions of our pleadings in forming their initial complaint and all pleadings thereafter.  Indeed, with each subsequent pleading, counsel's

- 1 -

cribbing of our work became more pronounced and brazen.  The detailed results of our granular comparisons of each pleading are available for the Court at any time.

5.      On January 15, 2019, I spoke with counsel for the *Pinon* Plaintiffs who proposed that we voluntarily dismiss the *Ponzio* Complaint in order to refile it in the Northern District of Georgia.  One of counsel's stated reasons for proposing a consolidation of the two cases in the Northern District of Georgia was to avoid copycat filings.

6.      On February 28, 2020, I spoke with counsel for Defendants Mercedes-Benz USA LLC and Daimler AG about moving discovery forward in *Ponzio* in order to coordinate with the *Pinon* matter.  Counsel informed me that Defendants were willing to coordinate discovery between the two matters, but would not agree to move discovery forward in *Ponzio* until the Court rendered a decision on the motion to dismiss.

7.      I first became aware of the *Pinon* Plaintiffs' Motion to Appoint on April 13, 2020.  Counsel for the *Ponzio* Plaintiffs first became aware of the proposed settlement filed here on December 20, 2020.

8.      Annexed hereto as Exhibit B is a true and accurate copy of the text order entered by the Honorable Joel Schneider in *Ponzio* on December 29, 2020.  ECF No. 127.

- 2 -

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on this 31st day of December, 2020.

*s/ Caroline F. Bartlett*
CAROLINE F. BARTLETT

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT PONZIO, et al., | Civil Action No. 18-cv-12544 (JHR) (JS) |
| Plaintiffs, | |
| v. | |
| MERCEDES BENZ USA, LLC, and DAIMLER AG, | **ORDER APPOINTING**<br>**INTERIM CLASS COUNSEL** |
| Defendants. | |

THIS MATTER having been opened to the Court by Carella, Byrne, Cecchi, Olstein, Brody & Agnello, co-counsel for Plaintiffs, in the presence of all counsel of record, and the Court having read the papers, and on notice to counsel for Defendants, and for good cause appearing,

IT IS THIS **23rd** day of March, 2020

ORDERED as follows:

1. The Court hereby appoints James E. Cecchi, Caroline F. Bartlett, Jason H. Alperstein and Steve Calamusa as Interim Lead Class Counsel to act on behalf of the Plaintiffs and the putative Classes with the responsibilities set forth below:

    a.    determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial proceedings;

    b.    coordinate the initiation and conduct of discovery on behalf of Plaintiffs and the putative Classes consistent with the requirements of the Federal Rules;

    c.    convene meetings among Plaintiffs' counsel;

    d.    conduct settlement negotiations on behalf of Plaintiffs and the putative Classes;

    e.    delegate specific tasks to other counsel in a manner to ensure that pretrial preparation for the Plaintiffs and the putative Classes is conducted efficiently and effectively;

f.    enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

g.    monitor the activities of all counsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

h.    perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the court.

i.    serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

j.    ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system);

k.    negotiate and enter into stipulations with defense counsel as necessary to promote the efficient advancement of this litigation;

l.    communicate with defense counsel as necessary to promote the efficient advancement of this litigation; and

m.    make available to other Plaintiffs' counsel documents produced by the defendant.


JOEL SCHNEIDER, U.S.M.J.

# EXHIBIT B

| Entry #: | Date: | Description: | |
|---|---|---|---|
| 126 | 12/29/2020 | ORDER granting 119 Motion to Expedite; granting 119 Motion to Stay. The Court having held a conference call and oral argument with counsel on December 29, 2020; and this Order intending to confirm the Courts rulings; and for all the reasons stated by the Court on the record, it is hereby ORDERED as follows: (1) defendants motion to stay is GRANTED. All present scheduling deadlines in this case are STAYED pending further Order of the Court; (2) by January 5, 2021, plaintiffs shall serve defendants with a written settlement offer. To the extent not already done, plaintiffs shall also identify their objections to the proposed settlement in Pinon, and ; (3) a conference call is scheduled on January 12, 2021 at 11:00 a.m. to address the status of the case. It is further ORDERED plaintiffs counsel shall serve plaintiffs counsel in Pinon with a copy of this Order and its settlement offer to defendants. Although this Court recognizes it does not have jurisdiction over plaintiffs counsel in the Pinon case, it urges counsel to meet and confer with each other and defense counsel to attempt to reach a global resolution of all related issues. The Court expressed its belief that it is in the best interests of the parties, the clients, the class and the court to exhaust all reasonable good faith efforts to reach a global resolution of related issues before the parties embark on protracted motion practice and appeals. ORDERED by Magistrate Judge Joel Schneider on 12/29/20. (Schneider, Joel) (Entered: 12/29/2020) | ⚡ Send Runner to Court |