IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLER AG and MERCEDES BENZ USA, LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-CV-3984-MHC |

## AMENDMENT TO ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

It is hereby **ORDERED** that the March 29, 2021, Order for Preliminary Approval of Class Action Settlement [Doc. 90] is **AMENDED** as follows. The chart contained in the section titled "Schedule and Procedures for Disseminating Notice, Filing Claims, Requesting Exclusion from the Class, Filing Objections to the Class Action Settlement, and Filing the Motion for Final Approval" on page eight of the Order is amended to read as follows:

| Date | Event |
|---|---|
| 60 days after Court enters the Preliminary Approval Order | Notice mailed to Class Members ("Notice Date") |
| 60 days after Court enters the Preliminary Approval Order | Settlement website available to Class Members |
| 30 days after Court enters the Preliminary Approval Order | Deadline to file Motion for Attorneys' Fees, Costs, and Class Incentive Awards |
| 60 days after Notice Date | Deadline to Submit a Claim or Object to or Opt Out of Settlement |
| 30 calendar days before the Final Approval Hearing | Last day to file Motion for Final Approval of Settlement |

**IT IS SO ORDERED** this 31st day of March, 2021.

_____
MARK H. COHEN
United States District Judge