## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,**<br><br>         **Plaintiffs,**<br><br>   **v.**<br><br>**MERCEDES-BENZ USA, LLC, and DAIMLER AG,**<br><br>         **Defendants.** | **CASE NO: 1:18-CV-03984-MHC** |

I, Lee M. Bowron, hereby declare as follows:

1. I am an actuary with Kerper and Bowron LLC, and I make this declaration in support of our Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Class Representative Service Awards.

2. I have personal knowledge of the facts stated below and, if called upon, could and would competently testify thereto.

### Background of Kerper and Bowron LLC

3. Kerper and Bowron LLC is an experienced consulting and actuarial firm that specializes in evaluating property and casualty exposures, including

extended warranty, vehicle service contracts, GAP insurance, personal and commercial lines, and environmental reserving.  Additionally, Kerper and Bowron LLC and our affiliates are industry experts in providing reinsurance accounting, advanced analytics for the finance and insurance industry and statements of actuarial opinion. Lee Bowron has over 30 years' experience as an actuary, with the last 20 years as an independent consultant.  Further details on his experience are located on the attached resume.

4. I, Lee Bowron, am an Associate of the CAS (ACAS) and my basic education includes credit for Exam 7 – Estimation of Policy Liabilities, Insurance Company Valuation, and Enterprise Risk Management. Knowledge relating to U.S. financial reporting and regulation was obtained through experience working as a credentialed actuary in the U.S. property/casualty insurance industry for over 20 years as well as obtaining relevant continuing education.

5. Kerper and Bowron LLC is being compensated for time spent by me and my team at standard billing rates and for out-of-pocket expenses at cost. Kerper and Bowron currently bills for our time at $425 per hour for a partner, $350 for a credentialed actuary and $275 for an analyst.  Kerper

and Bowron LLC's fees are not in any way contingent upon the outcome of this matter.

## **Purpose of Report**

6. At the request of the Class Counsel, Kerper and Bowron LLC calculated a range of the economic impact of a proposed settlement of Pinon v. Daimler AG, MBUSA.  The settlement is regarding claims of peeling, flaking, or bubbling of the exterior clearcoat of specific models of Mercedes with "Mars Red" paint.

7. The scope of the proposed settlement includes the following general provisions:

- Coverage for future claims limited to 15 years or 150,000 miles after the vehicle's original in-service date, whichever occurs first.  This is also subject to a sliding scale based on the age and mileage of the vehicle.

- Reimbursement of past claims subject to limitations and a sliding scale based on the age and mileage of the vehicle.

## Executive Summary

8.   Our point and range estimate for the expected claims and retail price are shown below (000s):

|  | Point | Low | High |
|---|---|---|---|
| Estimated Future Claims (000s) | $13,130 | $10,504 | $15,756 |
| Retail Price of Service Contract | $33,554 | $26,843 | $40,264 |
| Reimbursement of Past Claims | $10,545 | $5,272 | $15,817 |
| Total Estimated Value | $44,098 | $32,115 | $56,081 |

9.   The retail price of a service contract is typically made up of 3 components: a loss fund, administrator cost, and marketing fee.   The loss fund is generally the expected amount of losses plus a margin for premium taxes and profit.   The administrator will receive a fee for administering the product, such as issuing the service contract, adjudicating claims and processing transfer and other transactions.   The marketer will receive a fee for selling the product.

10.   Adding the insurance, administrator, and marketer pieces, we get a range of suggested retail prices for this warranty.

11.   Reimbursement of past claims is an estimate of the claim amounts to be paid by Mercedes for out-of-warranty past claims.   In addition to the sliding scale based on mileage and age, it is limited by the amount of

goodwill claims previously paid as well as the expected claiming rate of eligible class members.

12. The Total Settlement Value is the sum of the retail price of the service contract and the reimbursement of past claims. It is an estimate of the total economic value of the settlement.

## Data Analyzed

13. The following data was provided by Class Counsel and Mercedes:
   - Complaints and Settlement Frameworks for the class action
   - Detailed listing of all warranty claims paid through approximately August 2020.
   - Sales of class vehicles by model and model year
   - Aggregate separation of goodwill and warranty claims

## Settlement Provisions

14. For analysis purposes, we have used November 13, 2021 as the projected settlement date – the date on which repairs would begin to be made under the settlement provision.

15. The proposed repairs are available for up to 15 years or 150,000 miles after the vehicle's original in-service date, whichever occurs first.

16. In addition, a sliding scale of benefits is proposed which would reduce the payouts based on this schedule:

a. 100% coverage for Subject Vehicles that have been in service for less than 7 years (84 months) and have less than 105,000 miles

b. 50% coverage for Subject Vehicles that do not fall within Category 1 and have been in service for less than 10 years (120 months) and have 150,000 miles or less.

c. 25% coverage for Subject Vehicles that do not fall within Categories 1 or 2 and have been in service for less than 15 years (180 months) and have 150,000 miles or less.

### Coverage for Future Claims

17. Future Claims are estimated by multiplying the number of impacted vehicles (used as the selected exposure base) and the expected cost per exposure.

18. *Impacted Vehicles*

Data was limited to the number of vehicles sold for each calendar year. It was assumed that vehicles were sold between September and August for the subsequent model year.  For example, model year 2013 was assumed to have uniform sales between September 1, 2012 and August 31, 2013.

19. Because the coverage is impacted by mileage limitations, we assumed that drivers drove the following miles per month, with 20% of vehicles in each group:

|            | Estimated Miles Driven per Month |
| ---------- | -------------------------------- |
| Group 1    | 550                              |
| Group 2    | 900                              |
| Group 3    | 1150                             |
| Group 4    | 1400                             |
| Group 5    | 2100                             |

20.  We averaged the exposures to estimate the end of the warranty as well as the end of the settlement period.

21.  In addition, we assumed that 1.5% of vehicles each year would be scrapped and no longer subject to claims.

22.  *Expected Cost Per Exposure*

After developing exposures as shown above, they were divided by the

historical warranty claim costs to develop a cost per exposure.

23.  From this data, the following observations were made:

- Approximately 2/3rds of the data and claims were from C-Class models.  We did not observe any credible differences in model and did not use this in our analysis.

- There are very few claims from the 2004-2011 model years, moderate claims between 2012-2013 and increased claims 2014-2016.  Data beyond 2016 is not credible since the number of class vehicles in these years is small.   Please see Exhibit 2.

- There are relatively few claims in the first year and costs increase after this.   Since these claims will be after the warranty and costs are

increasing, we projected a higher claim cost for the warranty period. Please see Exhibit 3.

- Based on this data, we selected an annual cost of $350 with a 2.5% inflation rate each year.

- Our development of exposures eliminated any vehicles over 15 years of age or 150,000 miles. A sliding scale which combines the age and mileage reduction provisions was used. Please see Exhibit 4.

- A reduction was also used for earlier model years which have seen few claims. This is based on the cost per exposure developed in Exhibit 2. Please see exhibit 5.

- It is difficult to determine whether claiming behavior will be different under the manufacturer's warranty and the class settlement. Class settlement vehicles will be older, and owners may be less likely to file based on the age of vehicle. However, most "wear-and-tear" and shedding paint occurs on vehicles older than 15 years and certainly older than 10 years. Also, the class notice may increase claims since coverage may not have been clear under the manufacturer's warranty.

24.  The final cost is then calculated as follows:

Estimated exposures adjusted for the 150,000-mileage limit and

scrapping

X The estimated cost per exposure ($350 adjusted 2.5% for inflation since 8/31/2020)

X  A reduction factor based on the sliding scale of benefits

X  A reduction factor for earlier model years with limited claims

### Development of Retail Price

25. Based on the claims developed above, we calculated an expected retail price for a service contract which would cover the settlement provisions. This expected retail price would not only include the expected claims, but also the administrative and marketing expenses of this hypothetical service contract.

### Insurance Expenses

26. Insurance expenses are relatively small and reflect premium tax and a profit margin for the cost of capital.  The amount selected was 2.5% for premium taxes, 4% for profit, and 3.5% for other expenses for a 10.0% margin.

### Administrative Costs

27.  Administrative costs are used to cover the costs of issuing, servicing, and paying claims on service contracts.

28.  We estimated administrative costs to be 15% of the combined insurance expenses and loss costs.  This is likely the low end of the range of expected administrative costs but the main costs for this type of product would be servicing claims.

### Marketing Fees

29.  Markups on these programs by auto dealers or service contract writers vary widely but are usually around 100% (with direct marketed programs having, in general, even higher markups).  Often the markups are flat and since the service contract cost is low, the percentage markup would likely

be higher in the marketplace, but we have conservatively selected a 100% markup on loss cost and administrator cost.

### Range of Results – Extended Warranty

30.  As this is a point estimate and the actual results are subject to deviation, we formed a range of reasonable estimates.  This does not mean that the actual results will be within this range, rather than the expected value of the retail price of the program can be reasonably ascertained within this range.

31.  For the expected retail price, we created a range of +/-20%.

### Reimbursement For Past Claims

32. The process for estimating the reimbursements for past claims is similar to the approach for future claims.   Please see Exhibit 6 for relevant details.

- Exposures were developed using the methodology above for the period between the estimated warranty expiration and the proposed effective settlement date of November 13, 2021.

- These exposures were reduced for the model year impacts on Exhibit 5. This is shown in Exhibit 6, Column 1.

- The same cost per exposure developed above was utilized for the past claim estimate, with the amount detrended to the estimate for each calendar year.  This is shown in Exhibit 6, Column 2.

- Goodwill claims were subtracted from the initial estimate   This is shown in Exhibit 6, Column 4.

- The revised estimate was reduced to account for the mileage and time limitations of the settlement agreement.  This is shown in Exhibit 6, Column 5.

- An estimate of the number of class members with a valid claim who will complete the claiming process is estimated on Exhibit 7.   It is estimated that a significant number of valid claims will not be presented due to documentation and lack of follow-up from the vehicle owner.  In addition, some of the claims presented may be for less value since the customer may have not repaired using the same "high end" process as Mercedes.

- This model year estimate in Exhibit 7 was calculated for each calendar year and a final estimate is calculated.    This is shown on Column 6.

- A high and low range was created.  Because of the high uncertainty around class member claiming behavior, a +/-50% range was used.   This is shown on Columns 7 and 8.

33.  The point estimate for these claims is $10.5 million with a reasonable range between $5.3 million and $15.8 million.

## Scope and Limitations

34.  *Data Reliance*

In performing this analysis, we relied upon data and other information

provided to us by Class Counsel and Daimler AG USA (Mercedes), as

well as industry sources of data.  We did not independently audit or

verify this data and information as such a review was beyond the scope

of our assignment.  We have no reason to believe it is inaccurate or

incomplete and did not find material defects in the data.

35.  *Significant Digits*

Numbers in the exhibits are generally shown to more significant digits than their accuracy suggests. This has been done to simplify review of the calculations.

36. *Interpretation of Conclusions*

Some of the assumptions, methods, and conclusions in this report are of a significantly technical nature. The recipient should understand the assumptions, methodology and possible variability in results that are inherent in our conclusions.

37. *Uncertainty*

Due to the uncertainties inherent in the estimation of future costs, it cannot be guaranteed that the estimates set forth in the report will not prove to be inadequate or excessive and actual costs may vary significantly from our estimates.

38. *Unanticipated Changes*

Unanticipated changes in factors such as judicial decisions, legislation actions, claim consciousness, claim management, claim settlement practices, and economic conditions may alter the conclusions.

39. *Best Estimate*

These caveats and limitations notwithstanding, the conclusions represent our best estimate of the suggested retail price for this extended warranty

and are made within a reasonable degree of actuarial probability or certainty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: <u>April 27, 2021</u>     Respectfully submitted,

Lee M. Bowron

400 Vestavia Pkwy Ste 131          Birmingham, AL 35216
205-870-0595                       lee@kerper-bowron.com

# Lee M. Bowron, ACAS, MAAA

**Work**

**Experience**

**J. Huell Briscoe and Associates,  Chicago**
**Vice President**
2013 - Present

- General management and strategic planning for Chicago based reinsurance accounting firm.

**Kerper and Bowron LLC, Birmingham, AL**
**Principal**
March 2001 - Present

- Founded consulting firm in March 2001. Clients include insurance companies, state governments, reinsurance companies, managing general agencies and financial consulting firms.
- Practice focuses on extended service contract, GAP, and captive market. Extended service contract projects include:
  - Statutory Loss Reserve Opinion for regional service contract company
  - Product development for a major auto service contract company
  - Evaluation of liabilities for a major risk retention group for auto service contract
  - Auto service contract rate filings for a major auto service contract company
  - Sarbanes-Oxley compliance with actuarial function for a major service contract company
  - Development of pro-forma and reinsurance captive accounting for a regional service contract company
  - Acquisition due diligence for purchase of a service contract writers.

**Permanent General Companies, Nashville, TN**
February 1999 – February 2001
**Vice President and Chief Actuary**
September 1993 – February 1999
**Actuary**

- Broad responsibility for reserving and pricing for a book of private passenger, reinsurance, and captive operations. Responsible for managing the staff of both the product management and the actuarial department.
- Responsible for developing data warehouse.
- Reported to the CEO and participated in strategic planning, reinsurance strategies and information system implementations.
- Supervised the pricing and product development of a new non-standard program in several states.
- Responsible for all actuarial activities of the company, including ratemaking, reserving and statistical reporting
- Assisted in acquisitions and negotiated loss portfolio transfer of reserve liabilities

**Alfa Insurance Companies, Montgomery, AL**
July 1990 – August 1993
**Actuarial Analyst**

- Ratemaking for 2nd largest insurer in the state of Alabama

| | | | |
|---|---|---|---|
| **Education** | 1989 | University of the South | Sewanee, TN |
| | **BS , Mathematics** | | |

**Professional activities**

Associate, Casualty Actuarial Society

Member, American Academy of Actuaries

Approved Actuary for Captive Feasibility Studies, Alabama, Oklahoma, Tennessee, South Carolina and the District of Columbia

Speaker, CAS Annual Meeting Fall 2007

Speaker, Casualty Actuaries of the Southeast, Fall 1998, March 2001, Fall 2007

Speaker, Midwest Actuarial Forum Fall 2007

Speaker, Southwest Actuarial Forum Spring 2008

Speaker, Quebec Actuarial, Spring 2008

Panelist, Ratemaking Seminar (2001, 2002)

Panelist, Dynamic Financial Analysis Seminar (2001)

Panelist, Predictive Modeling Seminar (2008)

Former Member, Casualty Actuarial Exam Committee

Former Member,  Ratemaking Committee

Former Chair, Open Source Software Committee

Member, Webinar Committee

**Publications**

"An Exposure Based Approach to Automobile Service contract Ratemaking and Reserving" , proposal accepted by Casualty Actuarial Society to be published in 2006.

"Ratemaking for Maximum Profitability", published in the 2001 Ratemaking Discussion Forum

 "Zipf's Law", published in the January 2004 issue of *Contingencies*

"Staying in the Race", published in the December 2001 issue of *Best's Review.*

**PINON V. DAIMLER AG, MBUSA**
**Analysis of Economic Impact of Proposed Settlement**

| Model Year | | Vehicle Populaton | Current Loss | Exposures Limited by Miles | Weighted CostPerExposure | Model Year Adjustment | Age of Vehicle Adjustment | Future Losses |
|---|---|---|---|---|---|---|---|---|
| | | (1) | (2) | (3) | (4) | (5) | (6) | (7) |
| | 2004 | 1,760 | 4,714 | - | 365 | 5% | 25% | - |
| | 2005 | 5,593 | 32,794 | - | 365 | 5% | 25% | - |
| | 2006 | 5,461 | 25,771 | - | 365 | 5% | 25% | - |
| | 2007 | 4,433 | 31,143 | 209 | 365 | 5% | 25% | 952 |
| | 2008 | 5,722 | 83,576 | 1,367 | 367 | 5% | 25% | 6,270 |
| | 2009 | 4,876 | 41,451 | 2,762 | 370 | 5% | 25% | 12,761 |
| | 2010 | 6,566 | 29,636 | 5,901 | 374 | 10% | 25% | 55,141 |
| | 2011 | 4,801 | 481,727 | 6,069 | 378 | 50% | 25% | 286,672 |
| | 2012 | 6,101 | 1,765,383 | 10,857 | 377 | 75% | 32% | 990,045 |
| | 2013 | 9,263 | 4,159,805 | 21,680 | 380 | 100% | 36% | 3,003,010 |
| | 2014 | 8,962 | 5,439,593 | 27,305 | 382 | 100% | 40% | 4,133,444 |
| | 2015 | 3,663 | 2,508,688 | 13,786 | 383 | 100% | 49% | 2,570,828 |
| | 2016 | 1,351 | 486,963 | 6,132 | 385 | 100% | 56% | 1,323,279 |
| | 2017 | 558 | 59,291 | 3,048 | 387 | 100% | 63% | 739,012 |
| | 2018 | 5 | - | 31 | 390 | 100% | 68% | 8,297 |
| | | 69,115 | 15,150,535 | 99,148 | | | | 13,129,712 |

| | |
|---|---|
| (3) | Exposures (per Year) of class vehicles with 150 K limit |
| (4) | Trended cost of $350 by Model Year |
| (5) | Earlier model years shows fewer repairs |
| (6) | Adjustment for settlement provisions on age/mileage of vehicle |
| (7) | (4) x (5) x (6) x (7) |
| (8) | |

Appenix B

Exhibit I.B
PAGE 1 of 1

**PINON V. DAIMLER AG, MBUSA**
**Analysis of Economic Impact of Proposed Settlement**

| | | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) |
|---|---|---|---|---|---|---|---|---|---|---|
| Model Year | | Vehicle Populaton | Current Loss | Estimated Future Loss | Insurance Costs | Administration Costs | Markup | Point Estimate | Low End of Range | High End of Range |
| | 2004 | 1,760 | 11,428 | - | - | - | - | - | - | - |
| | 2005 | 5593 | 20,206 | - | - | - | - | - | - | - |
| | 2006 | 5,461 | 43,252 | - | - | - | - | - | - | - |
| | 2007 | 4433 | 51,017 | 952 | 106 | 159 | 1,217 | 2,434 | 1,947 | 2,920 |
| | 2008 | 5,722 | 46,100 | 6,270 | 697 | 1,045 | 8,011 | 16,023 | 12,818 | 19,227 |
| | 2009 | 4875 | 13,723 | 12,761 | 1,418 | 2,127 | 16,305 | 32,610 | 26,088 | 39,132 |
| | 2010 | 6,567 | 25,742 | 55,141 | 6,127 | 9,190 | 70,459 | 140,917 | 112,734 | 169,101 |
| | 2011 | 4801 | 74,443 | 286,672 | 31,852 | 47,779 | 366,304 | 732,607 | 586,086 | 879,129 |
| | 2012 | 6,101 | 501,345 | 990,045 | 110,005 | 165,008 | 1,265,058 | 2,530,116 | 2,024,092 | 3,036,139 |
| | 2013 | 9263 | 2,481,851 | 3,003,010 | 333,668 | 500,502 | 3,837,179 | 7,674,358 | 6,139,486 | 9,209,229 |
| | 2014 | 8962 | 7,406,321 | 4,133,444 | 459,272 | 688,907 | 5,281,623 | 10,563,245 | 8,450,596 | 12,675,894 |
| | 2015 | 3663 | 3,511,588 | 2,570,828 | 285,648 | 428,471 | 3,284,947 | 6,569,895 | 5,255,916 | 7,883,874 |
| | 2016 | 1,351 | 881,139 | 1,323,279 | 147,031 | 220,547 | 1,690,857 | 3,381,714 | 2,705,371 | 4,058,057 |
| | 2017 | 558 | 82,379 | 739,012 | 82,112 | 123,169 | 944,293 | 1,888,587 | 1,510,870 | 2,266,304 |
| | 2018 | 5 | - | 8,297 | 922 | 1,383 | 10,602 | 21,204 | 16,963 | 25,444 |
| | | 69,115 | 15,150,534 | 13,129,712 | 1,458,857 | 2,188,285 | 16,776,855 | 33,553,709 | 26,842,967 | 40,264,451 |

| | |
|---|---|
| (3) | From Exhbit 1(a) |
| (4) | (3)/90% - (3) |
| (5) | [(3) + (4)] x 15% |
| (6) | [(4) + (5)] x 100% |
| (7) | (4) + (5)+ (6) |
| (8) | (7) x 80% |
| (9) | (7) x 120% |

KERPER AND BOWRON, LLC

4/27/2021
3:25 PM

**PINON V. DAIMLER AG, MBUSA**
**Analysis of Economic Impact of Proposed Settlement**

**Projected Unadjusted Exposure Cost by Calendar Year**

| Year | Cost Per Exposure |
|------|-------------------|
| 2022 | 365.02 |
| 2023 | 374.14 |
| 2024 | 383.50 |
| 2025 | 393.09 |
| 2026 | 402.91 |
| 2027 | 412.99 |
| 2028 | 423.31 |
| 2029 | 433.89 |
| 2030 | 444.74 |
| 2031 | 455.86 |

Appenix B

Exhibit III
PAGE 1 of 1

**PINON V. DAIMLER AG, MBUSA**
**Analysis of Economic Impact of Proposed Settlement**

**Cost per Exposure by Age of Claim**

| | Age | | | | |
|---|---|---|---|---|---|
| | **0** | **1** | **2** | **3** | **4** |
| 2012 | 0.25 | 5.14 | 30.53 | 79.82 | 172.39 |
| 2013 | 1.31 | 11.72 | 58.83 | 168.80 | 108.67 |
| 2014 | 1.19 | 22.46 | 123.16 | 147.66 | 195.79 |
| 2015 | 8.68 | 57.37 | 109.05 | 175.53 | 225.23 |
| 2016 | 8.38 | 16.64 | 78.66 | 116.38 | |

| | **0 to 1** | **1 to 2** | **2 to 3** | **3 to 4** | **4 to 5** |
|---|---|---|---|---|---|
| 2012 | 20.72 | 5.94 | 2.61 | 2.16 | |
| 2013 | 8.92 | 5.02 | 2.87 | 0.64 | |
| 2014 | 18.86 | 5.48 | 1.20 | 1.33 | |
| 2015 | 6.61 | 1.90 | 1.61 | 1.28 | |
| 2016 | 1.99 | 4.73 | 1.48 | | |

| | | | | | |
|---|---|---|---|---|---|
| Selected Cost | 225 | | | | |
| Selected Dev | 1.56 | | | | |
| | | | | | |
| Selected Cost per Exposure | 350 | | | | |

**PINON V. DAIMLER AG, MBUSA**
**Analysis of Economic Impact of Proposed Settleme**

**Settlement Provision Reducton by Age of Car**

| Year | | Allowable Claim |
|------|------|------|
| | 1 | 100% |
| | 2 | 100% |
| | 3 | 100% |
| | 4 | 100% |
| | 5 | 95% |
| | 6 | 92% |
| | 7 | 88% |
| | 8 | 50% |
| | 9 | 50% |
| | 10 | 50% |
| | 11 | 25% |
| | 12 | 25% |
| | 13 | 25% |
| | 14 | 25% |
| | 15 | 25% |

N.D. Ga. No. 1:18-CV-03984-MHC            KERPER AND BOWRON, LLC            4/27/2021
3:25 PM

**PINON V. DAIMLER AG, MBUSA**
**Analysis of Economic Impact of Proposed Settlement**


**Reduction for Lower Claims from Earlier Model Years**

| Model Year | Estimated Cost from Estimate |
|---|---|
| 2004 | 5% |
| 2005 | 5% |
| 2006 | 5% |
| 2007 | 5% |
| 2008 | 5% |
| 2009 | 5% |
| 2010 | 10% |
| 2011 | 50% |
| 2012 | 75% |
| 2013 | 100% |
| 2014 | 100% |
| 2015 | 100% |
| 2016 | 100% |
| 2017 | 100% |
| 2018 | 100% |
| 2019 | 100% |
| 2020 | 100% |

Appenix B

Exhibit VI
PAGE 1 of 1

**PINON V. DAIMLER AG, MBUSA**
**Analysis of Economic Impact of Proposed Settlement**
**Previous Claim Reimbursement**

| Calendar Year | (1) Settlement Exposures | (2) Estimated Cost Per Exp | (3) Out of Waranty Loss Estimate | (4) Goodwill Claims | (5) Potential Settlement Claims | (6) Reduced for Mileage/Age | (7) Reduced for Claiming Rate | (8) Low End of Range | (9) High End of Range |
|---|---|---|---|---|---|---|---|---|---|
| 2006 | 13 | 247 | 3,095 | 450 | 2,645 | 2,605 | 1,236 | 618 | 1,854 |
| 2007 | 72 | 253 | 18,188 | - | 18,188 | 17,909 | 8,499 | 4,250 | 12,749 |
| 2008 | 205 | 259 | 53,165 | - | 53,165 | 52,348 | 24,844 | 12,422 | 37,266 |
| 2009 | 404 | 266 | 107,417 | 3,233 | 104,185 | 100,181 | 46,484 | 23,242 | 69,726 |
| 2010 | 600 | 272 | 163,433 | 1,770 | 161,663 | 152,409 | 70,298 | 35,149 | 105,448 |
| 2011 | 760 | 279 | 212,043 | 3,813 | 208,230 | 187,738 | 83,954 | 41,977 | 125,931 |
| 2012 | 947 | 286 | 270,943 | 1,189 | 269,754 | 223,785 | 96,816 | 48,408 | 145,223 |
| 2013 | 1,160 | 293 | 340,137 | 4,088 | 336,049 | 266,530 | 113,557 | 56,779 | 170,336 |
| 2014 | 1,823 | 301 | 547,867 | 6,716 | 541,151 | 449,888 | 190,266 | 95,133 | 285,398 |
| 2015 | 3,811 | 308 | 1,174,121 | 17,100 | 1,157,021 | 1,032,293 | 437,912 | 218,956 | 656,869 |
| 2016 | 8,157 | 316 | 2,575,756 | 60,697 | 2,515,059 | 2,330,749 | 1,006,636 | 503,318 | 1,509,954 |
| 2017 | 13,851 | 324 | 4,483,234 | 369,446 | 4,113,788 | 3,807,139 | 1,682,440 | 841,220 | 2,523,660 |
| 2018 | 18,564 | 332 | 6,158,772 | 384,742 | 5,774,030 | 5,224,379 | 2,364,597 | 1,182,299 | 3,546,896 |
| 2019 | 19,779 | 340 | 6,725,582 | 717,985 | 6,007,597 | 5,084,859 | 2,349,561 | 1,174,780 | 3,524,341 |
| 2020 | 19,017 | 349 | 6,628,435 | 1,222,139 | 5,406,297 | 3,950,064 | 1,825,611 | 912,805 | 2,738,416 |
| 2021 | 3,982 | 357 | 1,422,720 | 494,934 | 927,787 | 528,652 | 241,934 | 120,967 | 362,901 |
| | 93,145 | | 30,884,910 | 3,288,302 | 27,596,609 | 23,411,529 | 10,544,645 | 5,272,323 | 15,816,968 |

| | |
|---|---|
| (1) | Exposures as developed in report, reduced for model year impacts on Exhibit 5 |
| (2) | Selected cost per exposure as of 8/31/2020, detrended to calendar year |
| (3) | (1) x (2) |
| (4) | From data provided by Mercedes |
| (5) | (3) - (4), limited to 0 |
| (6) | (5) reduced for impact of mileage/age limits on reimbursements |
| (7) | Reduced for claiming rate on Exhibit 7 |
| (8) | 50% x (7) |
| (9) | 150% x (7) |

**PINON V. DAIMLER AG, MBUSA**
**Analysis of Economic Impact of Proposed Settlement**

Exhibit VII
PAGE 1 of 1

**Claiming Rate for Reimbursement**
**(Percent of Class Members who have qualifying**
**reimbursements who make claims)**

| Model Year | Estimated Percentage Making Claim |
|---|---|
| 2004 | 31% |
| 2005 | 32% |
| 2006 | 34% |
| 2007 | 36% |
| 2008 | 38% |
| 2009 | 40% |
| 2010 | 42% |
| 2011 | 44% |
| 2012 | 46% |
| 2013 | 49% |
| 2014 | 51% |
| 2015 | 54% |
| 2016 | 57% |
| 2017 | 60% |
| 2018 | 63% |
| 2019 | 67% |
| 2020 | 70% |

KERPER AND BOWRON, LLC

4/27/2021
3:25 PM



KERPER AND BOWRON, LLC



KERPER AND BOWRON, LLC

4/21/2021
4:02 PM



KERPER AND BOWRON, LLC

4/21/2021
4:01 PM