IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY PINON, GARY C. KLEIN, KIM BROWN, JOSHUA FRANKUM, DINEZ WEBSTER, and TODD BRYAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIMLER AG and MERCEDES BENZ USA, LLC,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-CV-3984-MHC |

## ORDER

It is hereby **ORDERED** that Objectors Alex Acuna, Brian Madsen, Vanessa Montgomery, Robert Mull, Hadiya Nelthrope, Fredrick Parker, Robert Ponzio, and Samuel Salgado's Motion for Clarification or, in the Alternative, Enlargement of the Applicable Page Limitations [Doc. 94] is **GRANTED IN PART**. These objectors may file their consolidated objections in a document that does not exceed sixty (60) pages.

**IT IS SO ORDERED** this 22nd day of July, 2021.

_____
MARK H. COHEN
United States District Judge