# Exhibit A



**Garrett Glasgow**
Associate Director

NERA Economic Consulting
4 Embarcadero Center, Suite 400
San Francisco, CA 94111
Tel: 415-291-1029

garrett.glasgow@nera.com
www.nera.com

# GARRETT GLASGOW
## Associate Director

Garrett Glasgow's primary expertise is in the fields of consumer protection and environmental economics. He has testified as an expert witness, and consulted on a wide variety of cases related to consumer protection, antitrust, the environment, and intellectual property. He is an expert in econometric techniques as well as survey methods such as conjoint analysis.

In the areas of consumer protection, Dr. Glasgow has consulted on product defect, product mislabeling, and voting rights cases. He frequently publishes and speaks on the topic of privacy protection from an economic perspective, and has consulted on cases related to privacy violations and the unauthorized sharing of personal information. He has also consulted on antitrust cases related to price fixing allegations and the competitive effects of corporate mergers, as well as intellectual property cases related to patent infringement.

In the area of environmental economics, he has consulted on damages to natural resources, most notably an analysis of damages from lost recreation opportunities resulting from the Deepwater Horizon oil spill. He has also consulted on pollutant health risk assessments for a variety of clients, writing peer-reviewed articles and submitting technical comments to proposed changes to the National Ambient Air Quality Standards (NAAQS).

Prior to joining NERA, Dr. Glasgow was an Associate Professor of Political Science at the University of California, Santa Barbara (UCSB), where he taught econometrics and other research methods at both the undergraduate and graduate level. His research is regularly published in peer-reviewed journals in the fields of economics, environmental policy, political science, and epidemiology.

**Garrett Glasgow**

**Professional Experience**

    **NERA Economic Consulting**
    Associate Director, 2020-Present
    Senior Consultant, 2014-2020

    **University of California, Santa Barbara**
    Associate Professor of Political Science, 2006-2014
    Assistant Professor of Political Science, 2000-2006

    **Harvard University, Center for Basic Research in the Social Sciences**
    Post-Doctoral Fellow, 1999-2000

**Education**

    **California Institute of Technology**
    Ph.D. (Social Sciences) 1999
    M.A. (Social Sciences) 1998

    **University of California, Los Angeles**
    B.A. (Economics) 1995
    B.A. (Political Science) 1995

**Garrett Glasgow**

**Expert Analysis and Testimony**

<u>Papasan et al.</u> v. Dometic Corporation.  United States District Court, Southern District of Florida, Case No. 1:16-cv-22482-RNS.  Survey and market analysis to evaluate damages related to an alleged product defect. [Expert Report: January 4, 2019.  Deposition: January 31, 2019.  Rebuttal Report: March 13, 2019]

*Davis et al. v. Electronic Arts, Inc*.  United States District Court, Northern District of California, Case No. 3:10-cv-03328-RS.  Analysis of similarities between video game avatars and historic sports rosters.  [Declaration: August 12, 2016]

**Select Project Experience**

**Consumer Protection**
On behalf of plaintiffs, assessed potential damages using data from a conjoint analysis, in response to an allegation of defective recreational equipment.

*Advice Interactive Group, LLC\* v. Web.Com Group, Inc*. United States District Court for the Middle District of Florida Jacksonville Division. On behalf of plaintiffs, assessed potential damages estimated via conjoint analysis related to an alleged copyright violation.

*Shelia Dashnaw, et. al. v. New Balance Athletics, Inc.\** United States District Court Southern District of California. On behalf of defendants, assessed potential damages estimated via conjoint analysis related to a false advertising claim.

On behalf of various municipalities and special districts in California, assessed potential violations of the California Voting Rights Act using statistical analyses of voting data.

**Antitrust**
*In re: Korean Ramen Antitrust Litigation*, U.S. District Court for the Northern District of California, Case No. 3:13-cv-04115.  On behalf of Nongshim Co. Ltd., assessed allegations of price fixing in instant ramen noodles.

On behalf of Stamps.com, Inc., assessed the competitive effects of a proposed acquisition of Endicia, another provider of online postage, in response to an investigation by the Department of Justice.

On behalf of Zillow, Inc., assessed the competitive effects of a proposed acquisition of Trulia, Inc., another online real estate advertising platform, in response to an investigation by the Federal Trade Commission.

On behalf of Dollar Tree, Inc., assessed the competitive effects of a proposed acquisition of Family Dollar Stores, Inc., another discount retailer, in response to an investigation by the Federal Trade Commission.

**Intellectual Property**

On behalf of a telecommunications company, assessed potential damages using data from a conjoint analysis, in response to an allegation of patent infringement.

**Environment**

*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* United States District Court for the Eastern District of Louisiana, Case No. 2:10-md-02179. On behalf of defendant BP, analyzed damages from lost recreation opportunities that resulted from the Deepwater Horizon oil spill.


**Publications and Manuscripts**

Ang, Ling Ling, and Garrett Glasgow. 2021. "Value of Consumer Data." In *The California Consumer Privacy Act Handbook*. Forthcoming, Lexis/Nexis.

Werner, Dan, and Garrett Glasgow. 2021. "Damage Methodology Trends Within False Advertising and Product Defect Class Actions." *Competition*. 31(1): 125-137.

Glasgow, Garrett, Sarah Butler, and Samantha Iyengar. 2021. "Survey Response Bias and the `Privacy Paradox': Evidence from a Discrete Choice Experiment." *Applied Economics Letters*. 28(8): 625-629.

Glasgow, Garrett, Pavel Oleinikov, and Rhoanne Esteban. 2021. "The Loma Prieta Earthquake and the Cost of Voting in the 1989 San Francisco Municipal Election: Evidence from a Natural Experiment." *Research & Politics*. 8(1): 1-4. https://doi.org/10.1177/20531680211004254

Glasgow, Garrett, and Chris Stomberg. 2020. "Consumer Welfare and Privacy in Antitrust Cases – An Economic Perspective." *Antitrust*. 35(1): 46-50.

Glasgow, Garrett, and Kenneth Train. 2019. "Response to Comment on 'Lost Use-Value from Environmental Injury When Visitation Drops at Undamaged Sites.'" *Land Economics*. 95(1): 152-156.

Smith, Anne E., and Garrett Glasgow. 2018. "Integrated Uncertainty Analysis for Ambient Pollutant Health Risk Assessment: A Case Study of Ozone Mortality Risk." *Risk Analysis*. 38(1): 163-176.

Glasgow, Garrett, and Kenneth Train. 2018. "Lost Use-Value from Environmental Injury when Visitation Drops at Undamaged Sites." *Land Economics*. 94(1): 87-96.

Glasgow, Garrett, and Anne E. Smith. 2017. "Uncertainty in the Estimated Risk of Lung Function Decrements Owing to Ozone Exposure." *Journal of Exposure Science and Environmental Epidemiology*. 27(5): 535-538.

Glasgow, Garrett, and Sarah Butler. 2017.  "The Value of Non-Personally Identifiable Information to Consumers of Online Services: Evidence from a Discrete Choice Experiment." *Applied Economics Letters*. 24(6): 392-395.

Cleveland, David A., Lauren Copeland, Garrett Glasgow, Michael V. McGinnis, and Eric R.A.N. Smith. 2016.  "The Influence of Environmentalism on Attitudes toward Local Agriculture and Urban Expansion." *Society & Natural Resources*, 29(1): 88-103.

Glasgow, Garrett and Sona N. Golder. 2015. "A New Approach to the Study of Parties Entering Government." *British Journal of Political Science*, 45(4): 739-754.

Glasgow, Garrett, and Sarah Butler.  2015.  "Damages Based on the Intrinsic Value of Privacy?'' *Law360*.

Smith, Anne E., and Garrett Glasgow.  2015.  "Technical Comments on the Proposed Rule to Revise the Ozone National Ambient Air Quality Standards (79 Fed. Reg. 75234)."  Regulatory filing.

Smith, Anne E., and Garrett Glasgow.  2015.  "Quantification of Uncertainty in EPA's Estimates of Lung Function Impacts from Ozone Exposure."  Expert report.

Glasgow, Garrett, Matt Golder and Sona N. Golder. 2012. "New Empirical Strategies for the Study of Parliamentary Government Formation." *Political Analysis*, 20(2): 248-270.

Glasgow, Garrett, Paul G. Lewis and Max Neiman. 2012. "Local Development Policies and the Foreclosure Crisis in California: Can Local Policies Hold Back National Tides?" *Urban Affairs Review*, 48(1): 64-85.

Glasgow, Garrett, Matt Golder, and Sona N. Golder. 2011. "Who 'Wins'? Determining the Party of the Prime Minister." *American Journal of Political Science*, 55(4): 937-954.

Glasgow, Garrett. 2011. "Do Local Landmark Bridges Increase the Suicide Rate? An Alternative Test of the Likely Effect of Means Restriction at Suicide Jumping Sites." *Social Science & Medicine*, 72(6): 884-889.

Soleri, Daniela, David A. Cleveland, Garrett Glasgow, Stuart H. Sweeney, Flavio Aragón Cuevas, Mario R. Fuentes, and Humberto Ríos L.  2008. "Testing Assumptions Underlying Economic Research on Transgenic Food Crops for Third World Farmers: Evidence from Cuba, Guatemala and Mexico." *Ecological Economics*, 67(4): 667-682.

Adams, James, Michael Clark, Lawrence Ezrow, and Garrett Glasgow. 2006. "Are Niche Parties Fundamentally Different from Mainstream Parties? The Causes and the Electoral Consequences of Western European Parties' Policy Shifts, 1976-1998." *American Journal of Political Science*, 50(3): 513-529.

**Garrett Glasgow**

Glasgow, Garrett, and Roberto Weber. 2005. "Is There a Relationship Between Election Outcomes and Perceptions of Personal Economic Well-being? A Test Using Post-election Economic Expectations." *Electoral Studies*, 24(4): 581-601.

Glasgow, Garrett. 2005. "Evidence of Group-Based Economic Voting: NAFTA and Union Households in the 1992 US Presidential Election." *Political Research Quarterly*, 58(3): 427-434.

Glasgow, Garrett, and R. Michael Alvarez. 2005. "Voting Behavior and the Electoral Context of Government Formation." *Electoral Studies*, 24(2): 245-264.

Adams, James, Michael Clark, Lawrence Ezrow, and Garrett Glasgow. 2004. "Understanding Change and Stability in Party Ideologies: Do Parties Respond to Public Opinion or to Past Election Results?" *British Journal of Political Science*, 34(4): 589-610.

Glasgow, Garrett. 2002. "The Efficiency of Congressional Campaign Committee Contributions in House Elections." *Party Politics*, 8(6): 657-672.

Glasgow, Garrett. 2001. "Mixed Logit Models for Multiparty Elections." *Political Analysis*, 9(2): 116-136.

Alvarez, R. Michael, and Garrett Glasgow. 2000. "Two-Stage Estimation of Non-Recursive Choice Models." *Political Analysis*, 8(2): 147-165.

Glasgow, Garrett, and R. Michael Alvarez. 2000. "Uncertainty and Candidate Personality Traits." *American Politics Quarterly*, 28(1): 26-49.