# Exhibit B

# Exhibit B
# Materials Considered

**Court Documents**

- Class Action Complaint and Demand for Jury Trial, *Robert Ponzio, Karina Kloczko, Jessica Irene Miller, Thomas Hayes, Alex Acuna, Brian Madsen, Vanessa M. Montgomery, Robert Mull, Hadiya Nelthrope, and Samual Salgado v. Mercedes-Benz USA, LLC and Daimler AG,* United States District Court for New Jersey, Case No. 1:18-cv-12544-JHR-JS, filed August 18, 2018.

- Third Amended Class Action Complaint and Demand for Jury Trial, *Emily Pinon, Gary C. Klein, Kim Brown, Joshua Frankum, Nancy Pearsall, Dinez Webster, and Todd Bryan v Daimler AG and Mercedes-Benz USA,* United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:18-cv-03984-MHC, filed June 22, 2020.

- Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement Agreement and Preliminary Certification of Nationwide Settlement Class and Incorporated Memorandum of Law, *Emily Pinon, Gary C. Klein, Kim Brown, Joshua Frankum, Dinez Webster, and Todd Bryan v Mercedes-Benz USA and Daimler AG,* United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:18-cv-03984-MHC, filed December 21, 2020.

- Ponzio Plaintiffs' Motion to Intervene and Continue Hearing Date for Motion for Preliminary Approval of Settlement and Incorporated Memorandum of Law, *Emily Pinon, Gary C. Klein, Kim Brown, Joshua Frankum, Dinez Webster, and Todd Bryan v Mercedes-Benz USA and Daimler AG,* United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:18-cv-03984-MHC, filed December 31, 2020.

- Defendants' Brief in Opposition to Ponzio Counsel's Motion to Intervene and Continue Hearing Date for Preliminary Approval Motion, *Emily Pinon, Gary C. Klein, Kim Brown, Joshua Frankum, Dinez Webster, and Todd Bryan v Daimler AG and Mercedes-Benz USA,* United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:18-cv-03984-MHC, filed January 14, 2021.

- Ponzio Plaintiffs' Reply Memorandum in Support of Motion to Intervene and Continue Hearing Date for Preliminary Approval of Settlement, *Emily Pinon, Gary C. Klein, Kim Brown, Joshua Frankum, Dinez Webster, and Todd Bryan v Mercedes-Benz USA and Daimler AG,* United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:18-cv-03984-MHC, filed January 21, 2021.

**Declarations**

- Declaration of Richard J. Eichmann, filed January 27, 2021.

**Articles and Book Chapters**

- Allenby, Greg, Jeff Brazell, John Howell, and Peter Rossi, 2014. "Valuation of Patented Product Features," *The Journal of Law & Economics*, 57(3): 629-663.

- Ben-Akiva, Moshe, Daniel McFadden, and Kenneth Train, 2019. "Foundations of Stated Preference Elicitation: Consumer Behavior and Choice-based Conjoint Analysis," *Foundations and Trends in Econometrics* 10(1-2): 1-144.

   Berry, Steven, James Levinsohn, and Ariel Pakes, 1995. "Automobile Prices in Market Equilibrium," *Econometrica*, 63(4): 841–890.

- Berry, Steven, James Levinsohn, and Ariel Pakes, 2004. "Differentiated Products Demand Systems from a Combination of Micro and Macro Data: The New Car Market," *Journal of Political Economy*, 112(1): 68-105.

- Brazell, Jeff D., Christopher G. Diener, Ekaterina Karniouchina, William L. Moore, Válerie Séverin, and Pierre-Francois Uldry, 2006. "The no-choice option and dual response choice designs," *Marketing Letters*, Vol. 17(4):255-268.

- Cameron, Colin A. and Pravin K. Trivedi, 2005. *Microeconometrics: Methods and Applications*. New York, NY: Cambridge University Press.

- Diamond, Shari S., 2011. "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence,* Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence; Federal Judicial Center; National Research Council, pp. 359-423.

   Green, Paul E., Abba M. Krieger, and Yoram Wind, 2001. "Thirty Years of Conjoint Analysis: Reflections and Prospects." *Interfaces* 31(3): S56-S73.

- McFadden, Daniel and Kenneth Train, 2000. "Mixed MNL Models for Discrete Response." *Journal of Applied Econometrics*, 15(5):447-470.

- Nevo, Aviv, 2000. "A Practitioner's Guide to Estimation of Random-Coefficients Logit Models of Demand," *Journal of Economic and Management Strategy*, 9(4):513-548.

- Orme, Bryan, 2014. *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research.* Third Edition, Madison, WI.: Research Publishers LLC.

- Orme, Bryan K. and Keith Chrzan, 2017. *Becoming an Expert in Conjoint Analysis: Choice Modeling for Pros*. Orem, UT: Sawtooth Software.

- Petrin, Amil, 2002. "Quantifying the Benefits of New Products: The Case of the Minivan," *Journal of Political Economy,* 110(4): 705–729.

- Pindyck, Robert S. and Daniel L. Rubenfeld, 2018. *Microeconomics*. Ninth Edition, New York, NY: Pearson.

- Rao, Vithala R., 2014. *Applied Conjoint Analysis*. New York, NY: Springer.

- Tourangeau, Roger, Lance J. Rips, and Kenneth Rasinski, 2000. *The Psychology of Survey Response*. New York, NY: Cambridge University Press.

- Train, Kenneth E, 2009. *Discrete Choice Methods with Simulation*. Second Edition, New York, NY: Cambridge University Press.