Exhibit C

Home > Used Cars > Mercedes-Benz C-Class > Atlanta, GA

## Used Mercedes-Benz C-Class for sale in Atlanta, GA



**1,243 results**

Sort by: CARFAX Best Match

♡ Save this Search

Mercedes-Benz
C-Class
☐ Certified Pre-Owned Vehicles
Unlimited miles of... 30363

**Search**

Search by Body Type or Price

### Filters    ↻ Reset

**CARFAX Vehicle History**
☑ No Accidents or Damage Reported (896)
☐ CARFAX 1-Owner (68)
☐ Personal Use (862)
☐ Service History (1,236)

**Year**
2012 to 2014

**Price**
$0 - $88,000

**Mileage**
0 miles – 160,000 miles

**Exterior Color**
☐ ● Black (400)
☐ ○ White (266)
☐ ◐ Silver (199)
☐ ● Gray (195)
☐ ● Blue (74)
☐ ● Red (73)
☐ ● Brown (19)
☐ ● Beige (3)
☐ ● Gold (1)
☐ ● Green (1)
☐ Unspecified (73)

**Trim Level**
☐ C 250 (591)
☐ C 300 (570)
☐ C 350 (52)
☐ AMG C 63 (40)

**Body Type**
**Transmission**
**Drivetrain**
**Engine Type**
**Fuel Type**
**Interior Color**
☐ ● Black (659)
☐ ● Tan (285)
☐ ● Gray (65)
☐ ● Brown (8)
☐ ● Red (7)
☐ ○ White (7)
☐ Unspecified (318)

**Popular Options**


Sell Your Car with CARFAX
in 3 Easy Steps!
**Get Cash Offers**

### 2013 Mercedes-Benz C-Class C 300
**Price: $16,995** $282/mo est.
**GOOD VALUE** $415 below $17,410 CARFAX Value
⚠ Accident Reported · 1-Owner · Personal Use · Service History
Dealer: J & S Automax    Mileage: 49,300 miles    Color: Silver    Engine: 6 Cyl 3.5 L
Location: Ewing, NJ (588 miles from Atlanta, GA)
Description: Used 2013 Mercedes-Benz C-Class C 300 with AWD, Keyless Entry, Fog Lights, Alloy Wheels, 17 inch Wheels, Heated Mirrors, Premium Sound System, Sport Suspension, and Independent Suspension

### 2014 Mercedes-Benz C-Class C 350 Sport
**Price: $10,993** $182/mo est.
**GREAT VALUE** $1,187 below $12,180 CARFAX Value
No accident or damage reported to CARFAX · CARFAX 1-Owner · Personal Use · Service History
Dealer: Auburn Ford    Mileage: 177,519 miles    Color: White    Engine: 6 Cyl 3.5 L
Location: Auburn, CA (2244 miles from Atlanta, GA)
Description: Used 2014 Mercedes-Benz C-Class C 350 with RWD, Premium Package, Keyless Entry, Heated Seats, Alloy Wheels, Satellite Radio, and Side Airbags

### 2012 Mercedes-Benz C-Class C 300
**Price: $10,999** $182/mo est.
**GREAT VALUE** $1,661 below $12,660 CARFAX Value
No accident or Damage reported to CARFAX · 3+ Owners · Personal Use · Service History
Dealer: Findlay Honda Flagstaff    Mileage: 140,804 miles    Color: White    Engine: 6 Cyl 3.0 L
Location: Flagstaff, AZ (1591 miles from Atlanta, GA)
Description: Used 2012 Mercedes-Benz C-Class C 300 with AWD, Keyless Entry, Fog Lights, Bucket Seats, Alloy Wheels, Heated Mirrors, Vinyl Seats, and Compact Spare Tire

### 2014 Mercedes-Benz C-Class C 350 Sport
**Price: $18,990** $315/mo est.
**GREAT VALUE** $2,370 below $21,360 CARFAX Value
No accident or damage reported to CARFAX · CARFAX 1-Owner · Personal Use · Service History
Dealer: Boca Lincoln Inc    Mileage: 47,370 miles    Color: Gray    Engine: 6 Cyl 3.5 L
Location: Doral, FL (608 miles from Atlanta, GA)
Description: Used 2014 Mercedes-Benz C-Class C 350 with RWD, Sport Package, Navigation System, Keyless Entry, Fog Lights, Spoiler, Leather Seats, Heated Seats, 18 inch Wheels, Alloy Wheels, and Heated Mirrors

### 2014 Mercedes-Benz C-Class C 250 Sport
**Price: $15,450** $256/mo est.
**GREAT VALUE** $1,980 below $17,430 CARFAX Value
No accident or damage reported to CARFAX · 2-Owner · Personal Use · Service History
Dealer: Kia of LaGrange    Mileage: 78,870 miles    Color: Gray    Engine: 4 Cyl 1.8 L
Location: Lagrange, GA (79 miles from Atlanta, GA)
Description: Used 2014 Mercedes-Benz C-Class C 250 with RWD, Keyless Entry, Bucket Seats, Alloy Wheels, Heated Mirrors, Rear Bench Seat, Vinyl Seats, and Compact Spare Tire

### 2013 Mercedes-Benz C-Class C 300
**Price: $16,500** $273/mo est.
**GREAT VALUE** $2,290 below $18,790 CARFAX Value
No accident or damage reported to CARFAX · CARFAX 1-Owner · Personal Use · Service History
Dealer: Smith's Auto Sales of Rimersburg    Mileage: 50,906 miles    Color: Silver    Engine: 6 Cyl 3.5 L
Location: Rimersburg, PA (580 miles from Atlanta, GA)
Description: Used 2013 Mercedes-Benz C-Class C 300 with AWD, Keyless Entry, Fog Lights, Alloy Wheels, Heated Mirrors, Premium Sound System, and Independent Suspension

### 2012 Mercedes-Benz C-Class C 300 Luxury
**Price: $14,550** $241/mo est.
**GREAT VALUE** $1,770 below $16,320 CARFAX Value
No accident or damage reported to CARFAX · 3+ Owners · Personal Use · Service History
Dealer: McGrath Acura    Mileage: 94,893 miles    Color: Blue    Engine: 6 Cyl 3.0 L
Location: Chicago, IL (592 miles from Atlanta, GA)
Description: Used 2012 Mercedes-Benz C-Class C 300 with AWD, Keyless Entry, Fog Lights, Leather Seats, Alloy Wheels, Heated Mirrors, and Premium Sound System

### 2012 Mercedes-Benz C-Class C 300 Luxury
**Price: $12,981** $215/mo est.
**GREAT VALUE** $1,449 below $14,430 CARFAX Value
No accident or damage reported to CARFAX · 3+ Owners · Personal Use · Service History
Dealer: Port Orchard Ford    Mileage: 85,370 miles    Color: White    Engine: 6 Cyl 3.0 L
Location: Port Orchard, WA (2316 miles from Atlanta, GA)
Description: Used 2012 Mercedes-Benz C-Class C 300 with AWD, Keyless Entry, Fog Lights, Leather Seats, Alloy Wheels, Heated Mirrors, Premium Sound System, and Wood Door Trim









Home > Used Cars > Audi A4 > Atlanta, GA

## Used Audi A4 for sale in Atlanta, GA

704 results                                                          Sort by  CARFAX Best Match

Save This Search

Audi
A4

☐ Certified Pre-Owned Vehicles

Unlimited miles of 30363

**Search**

Search by Body Type or Price

### Filters                                       ⟲ Reset

### CARFAX Vehicle History

☑ No Accidents or Damage Reported (384)
☐ CARFAX 1-Owner (115)
☐ Personal Use (599)
☐ Service History (599)

**Year**
2012 to 2014

**Price**
$0 - $30,000

**Mileage**
0 miles - 150,000 miles

**Exterior Color**
☐ Black (208)
☐ White (151)
☐ Gray (115)
☐ Silver (88)
☐ Blue (78)
☐ Red (20)
☐ Beige (1)
☐ Bronze (1)
☐ Brown (1)
☐ Unspecified (40)

**Trim Level**
☐ Premium Plus (388)
☐ Premium (274)
☐ Prestige (29)
☐ Unspecified (3)

▸ **Body Type**
▸ **Transmission**
▸ **Drivetrain**
▾ **Interior Color**
☐ Black (362)
☐ Tan (89)
☐ Gray (83)
☐ Brown (38)
☐ Red (1)
☐ White (1)
☐ Unspecified (130)

▸ **Popular Options**

Sell Your Car with CARFAX
in 3 Easy Steps!
Get Cash Offers

---

**2012 Audi A4 Premium**
NEWLY LISTED

Price: **$10,995** /$192/mo est.

GREAT VALUE  **$1,195 below** $12,190 CARFAX Value

No Accident or Damage Reported — No accident or damage reported 08/27/12 and...
2-Owner
Personal Use — 1st owner drove an estimated 11,220 miles/year in...
Service History — Last serviced at 93,580 miles in Poughkeepsie, NY...

Dealer: Cooley VW - Mazda
Location: Rochester, NY (649 miles from Atlanta, GA)
Mileage: 96,595 miles
Body Type: Sedan
Color: White
Engine: 4 Cyl 2.0 L
Description: Used 2012 Audi A4 Premium with AWD, Keyless Entry, Fog Lights, Leather Seats, Alloy Wheels, 17 Inch Wheels, Heated Mirrors, Satellite Radio, and Premium Sound System

---

**2013 Audi A4 Premium Plus**

Price: **$16,990** /$282/mo est.

GOOD VALUE  **$110 below** $17,100 CARFAX Value

No Accident or Damage Reported — No accident or damage reported to CARFAX
CARFAX 1-Owner — Purchased on 11/11/12 and owned in GA until...
Personal Use
Driven an estimated 12,510 miles/year
Service History — Last serviced at 108,985 miles in Omaha, NE on...

Dealer: Sunrise Chevrolet
Location: Omaha, NE (906 miles from Atlanta, GA)
Mileage: 108,995 miles
Body Type: Wagon
Color: Blue
Engine: 4 Cyl 2.0 L
Description: Used 2013 Audi A4 Premium Plus with AWD, Keyless Entry, Fog Lights, Leather Seats, Heated Seats, Ambient Lighting, Alloy Wheels, Limited Slip Differential, Locking Differential, Heated Mirrors, and Satellite Radio

---

**2014 Audi A4 Premium**

Price: **$14,800** /$245/mo est.

GOOD VALUE  **$320 below** $15,120 CARFAX Value

No Accident or Damage Reported — No accident or Damage Reported to CARFAX
3+ Owners
Personal Use — 1st owner drove an estimated 11,220 miles/year in...
Service History

Dealer: Harbor View Auto Sales
Location: Stamford, CT (766 miles from Atlanta, GA)
Mileage: 91,000 miles
Body Type: Sedan
Color: Blue
Engine: 4 Cyl 2.0 L
Description: Used 2014 Audi A4 Premium with AWD, Keyless Entry, Fog Lights, Leather Seats, Heated Seats, Bucket Seats, Tinted Windows, Folding Mirrors, Alloy Wheels, 17 Inch Wheels, and Heated Mirrors

---

**2013 Audi A4 Premium Plus**

Price: **$11,699** /$194/mo est.

GREAT VALUE  **$1,521 below** $13,220 CARFAX Value

No Accident or Damage Reported — No accident or damage reported to CARFAX
CARFAX 1-Owner — Purchased on 11/08/12 and owned in GA until...
Personal Use — Driven an estimated 12,121 miles/year
Service History — Last serviced at 101,572 miles in Howell, NY on...

Dealer: Magic Auto Sales
Location: Little Ferry, NJ (766 miles from Atlanta, GA)
Mileage: 102,782 miles
Body Type: Sedan
Color: Black
Engine: 4 Cyl 2.0 L
Description: Used 2013 Audi A4 Premium Plus with AWD, Fog Lights, Subwoofer, Ambient Lighting, Limited Slip Differential, Locking Differential, Satellite Radio, Seat Memory, Rear Air Conditioning, USB Audio Interface, and Independent Suspension

---

**2012 Audi A4 Premium**
NEWLY LISTED

Price: **$10,940** /$181/mo est.

GREAT VALUE  **$1,690 below** $12,630 CARFAX Value

No Accident or Damage Reported — No accident or damage reported to CARFAX
CARFAX 1-Owner — Purchased on 05/17/12 and owned in MO until...
Personal Use — Driven an estimated 12,510 miles/year
Service History — Last serviced at 127,090 miles in High Ridge, MO on...

Dealer: Plaza Premier Lexus of St. Louis
Location: Ballwin, MO (474 miles from Atlanta, GA)
Mileage: 114,227 miles
Body Type: Sedan
Color: Silver
Engine: 4 Cyl 2.0 L
Description: Used 2012 Audi A4 Premium with AWD, Fog Lights, Leather Seats, Alloy Wheels, 17 Inch Wheels, Heated Mirrors, Satellite Radio, and Premium Sound System

---

**2013 Audi A4 Premium Plus**

Price: **$12,695** /$210/mo est.

GREAT VALUE  **$1,485 below** $14,180 CARFAX Value

No Accident or Damage Reported — No accident or damage reported to CARFAX
3-Owner
Personal Use
Service History — Last serviced at Bellevue, WA on 07/16/21 - Vehicle...

Dealer: Audi Bellevue
Location: Bellevue, WA (2175 miles from Atlanta, GA)
Mileage: 141,229 miles
Body Type: Wagon
Color: Blue
Engine: 4 Cyl 2.0 L
Description: Used 2013 Audi A4 Premium Plus with AWD, Leather Seats

---

**2014 Audi A4 Premium Plus**

Price: **$14,900** /$247/mo est.

GREAT VALUE  **$1,540 below** $16,440 CARFAX Value

No Accident or Damage Reported — No accident or Damage Reported to CARFAX
3+ Owners
Personal Use
Service History — Last serviced at 87,458 miles in Chicago, IL on...

Dealer: Greenwood Dream Auto LLC
Location: Greenwood, IN (407 miles from Atlanta, GA)
Mileage: 90,000 miles
Body Type: Sedan
Color: Black
Engine: 4 Cyl 2.0 L
Description: Used 2014 Audi A4 Premium Plus with AWD, DVD, Keyless Entry, and Side Airbags

---

**2013 Audi A4 Premium Plus**
NEWLY LISTED

Price: **$17,111** /$284/mo est.

GREAT VALUE  **$889 below** $18,000 CARFAX Value

No Accident or Damage Reported — No accident or damage reported to CARFAX
2-Owner
Personal Use — 1st owner drove an estimated 18 miles/year
Service History — Last serviced in Greenland, NH on 07/14/21 - Vehicle...

Dealer: Seacoast Volkswagen
Location: Greenland, NH (942 miles from Atlanta, GA)
Mileage: 39,341 miles
Body Type: Sedan
Color: Black
Engine: 4 Cyl 2.0 L
Description: Used 2013 Audi A4 Premium Plus with AWD, Navigation System, Keyless Entry, Fog Lights, Leather Seats, Ambient Lighting, 18 Inch Wheels, Alloy Wheels, 20 Inch Wheels, and Limited Slip Differential



Home › Used Cars › Lexus IS › Atlanta, GA

## Used Lexus IS for sale in Atlanta, GA

627 results

Sort by: CARFAX Best Match

Lexus

IS

Unlimited | miles of | 30363

**Search**

Search by Body Type or Price

### Filters    Reset

**CARFAX Vehicle History**

- ✓ No Accidents or Damage Reported (325)
- ⓘ CARFAX 1-Owner (95)
- 👤 Personal Use (552)
- 🔧 Service History (617)

**Year**
2012 — 2014

**Price**
$0 - $55,000

**Mileage**
0 miles - 270,000 miles

**Exterior Color**
- ○ White (191)
- ● Black (120)
- ● Gray (119)
- ● Silver (80)
- ● Red (62)
- ● Blue (21)
- ● Brown (5)
- ● Beige (3)
- ● Burgundy (1)
- ● Gold (1)
- ○ Unspecified (40)

**Trim Level**
- 250 (468)
- 350 (105)
- F (5)

Body Type
Transmission
Drivetrain
Engine Type
Interior Color
Popular Options

Sell Your Car with CARFAX in 3 Easy Steps!
**Get Cash Offers**

---

#### 2014 Lexus IS 250
Price: **$19,995** *$331/mo est.*

GOOD DEAL · **$335 below** $20,330 CARFAX Value

Dealer: Lexus of Shreveport Bossier City
Location: Bossier City, LA (554 miles from Atlanta, GA)
Mileage: 106,907 miles · Color: Blue · Body Type: Sedan · Engine: 6 Cyl 2.5 L
Description: Used 2014 Lexus IS 250 with RWD, Navigation Package, Keyless Entry, Fog Lights, Leather Seats, Heated Seats, Folding Mirrors, Smart Key, Cooled Seats, Heated Mirrors, and Satellite Radio

#### 2012 Lexus IS 250
Price: **$16,934** *$281/mo est.*

GREAT VALUE · **$1,036 below** $17,970 CARFAX Value

Dealer: Lexus of Roseville
Location: Roseville, CA (2077 miles from Atlanta, GA)
Mileage: 85,664 miles · Color: White · Body Type: Sedan · Engine: 6 Cyl 2.5 L
Description: Used 2012 Lexus IS 250 with RWD, Navigation System

#### 2014 Lexus IS 250
GREAT VALUE · Price: **$17,995** *$298/mo est.*

Dealer: VanDevere Ford
Location: El Campo, TX (777 miles from Atlanta, GA)
Mileage: 104,702 miles · Color: Gray · Body Type: Sedan · Engine: 6 Cyl 2.5 L
Description: Used 2014 Lexus IS 250 with RWD, Keyless Entry, Fog Lights, Leather Seats, Alloy Wheels, 17 Inch Wheels, Heated Mirrors, Satellite Radio, and Premium Sound System

#### 2014 Lexus IS 250
PRICE DROP · Price: **$19,500** *$323/mo est.*

GREAT VALUE · **$3,070 below** $22,570 CARFAX Value

Dealer: Buick GMC Cadillac of Pensacola
Location: Pensacola, FL (286 miles from Atlanta, GA)
Mileage: 80,228 miles · Color: Black · Body Type: Sedan · Engine: 6 Cyl 2.5 L
Description: Used 2014 Lexus IS 250 with RWD, Sport Package, Navigation System, Keyless Entry, Fog Lights, Leather Seats, Heated Seats, Blind Spot Monitor, 18 Inch Wheels, Alloy Wheels, and Paddle Shifter

#### 2014 Lexus IS 350
GREAT VALUE · Price: **$24,995** *$414/mo est.*

Dealer: Lexus of Lakeway
Location: Austin, TX (866 miles from Atlanta, GA)
Mileage: 33,440 miles · Color: Black · Body Type: Sedan · Engine: 6 Cyl 3.5 L
Description: Used 2014 Lexus IS 350 with RWD, Premium Package, Navigation Package, Navigation System, DVD, Keyless Entry, Fog Lights, Leather Seats, Heated Seats, Alloy Wheels, and Ventilated Seats

#### 2013 Lexus IS 250
GREAT VALUE · Price: **$18,990** *$315/mo est.*

**$2,260 below** $21,250 CARFAX Value

Dealer: Carrera
Location: Seattle, WA
Mileage: 84,992 miles · Color: Black · Body Type: Sedan · Engine: 6 Cyl 2.5 L
Description: Used 2013 Lexus IS 250 with RWD, Navigation System, Keyless Entry, Fog Lights, Heated Seats, Alloy Wheels, Satellite Radio, Side Airbags, Premium Sound System, Keyless Ignition, and Lexus Enform

#### 2014 Lexus IS 350
GREAT VALUE · Price: **$19,600** *$325/mo est.*

**$1,310 below** $20,910 CARFAX Value

Dealer: AD Autogroup
Location: Vineland, NJ (661 miles from Atlanta, GA)
Mileage: 133,330 miles · Color: Black · Body Type: Sedan · Engine: 6 Cyl 3.5 L
Description: Used 2014 Lexus IS 350 with AWD, Premium Package, Sport Package, Luxury Package, Navigation Package, All Weather Package, Navigation System, Fog Lights, Spoiler, Dual Exhaust, and Blind Spot Monitor

#### 2013 Lexus IS 250
NEWLY LISTED · Price: **$20,940** *$347/mo est.*

GREAT VALUE · **$4,390 below** $25,330 CARFAX Value

Dealer: Mungenast Lexus of St. Louis
Location: Ballwin, MO (476 miles from Atlanta, GA)
Mileage: 77,430 miles · Color: Silver · Body Type: Sedan · Engine: 6 Cyl 2.5 L
Description: Used 2013 Lexus IS 250 with RWD, Navigation Package, Keyless Entry, Fog Lights, Leather Seats, Heated Seats, Alloy Wheels, Ventilated Seats, 17 Inch Wheels, Heated Mirrors, Satellite Radio, and Premium Sound System

🔍 Search by Make, Model, or Keyword

Filter & Sort (6)   Clear filters

Mercedes-Benz ✕   C250 ✕
C300 ✕   C350 ✕   C400 ✕
2012-2014 ✕   Show fewer ▬

SAVE SEARCH

Used Mercedes-Benz C250 C300 C300 C350 C400 2012-2014 for Sale | 25 Matches        COMPARE ⬭

≡ Sort by            Best match
Distance                          ❯
Make                              ❯
Model                             ❯
Series                            ❯
Packages                          ❯
Trim                              ❯
Type                              ❯
Body Style                        ❯
Year                              ❯
Price                             ❯
Mileage                           ❯


NEW ARRIVAL
2012 Mercedes-Benz
C300 Luxury
$17,998* • 62K mi
Free Shipping from CarMax Norcross, GA


2014 Mercedes-Benz
C350 Sport
$20,998* • 67K mi
$99 Shipping from CarMax South Boulevard, NC


2013 Mercedes-Benz
C250 Sport
$16,998* • 82K mi
Only available at CarMax Mobile, AL


NEW ARRIVAL
2014 Mercedes-Benz
C300 Luxury
$21,998* • 56K mi
$99 Shipping from CarMax Greensboro, NC


### Sell us your car
Selling or trading in?
We want your car.
GET YOUR OFFER


2013 Mercedes-Benz
C250 Sport
$18,998* • 68K mi
$199 Shipping from CarMax Sanford, FL


NEW ARRIVAL
2013 Mercedes-Benz
C300 Luxury
$24,998* • 24K mi
$99 Shipping from CarMax Columbus Sawmill, OH


2013 Mercedes-Benz
C350 Sport
$20,998* • 51K mi
$249 Shipping from CarMax O'Fallon, IL


NEW ARRIVAL
2014 Mercedes-Benz
C300 Sport
$22,998* • 41K mi
Only available at CarMax Fredericksburg, VA


### See what you can afford
Get pre-approved to find
cars that fit your budget
GET PRE-APPROVED


2014 Mercedes-Benz
C350
$22,998* • 49K mi
Only available at CarMax Virginia Beach, VA


NEW ARRIVAL
2013 Mercedes-Benz
C250 Sport
$18,998* • 54K mi
$199 Shipping from CarMax Sample Rd (Pompano Beach), FL


NEW ARRIVAL
2013 Mercedes-Benz
C300 Sport
$19,998* • 70K mi
$199 Shipping from CarMax Cleveland East, OH


2014 Mercedes-Benz
C300 Sport
$21,998* • 71K mi
$349 Shipping from CarMax Schaumburg, IL


2014 Mercedes-Benz
C300 Sport
$26,998* • 12K mi
$349 Shipping from CarMax Naperville, IL


NEW ARRIVAL
2014 Mercedes-Benz
C300 Sport
$23,998* • 43K mi
$399 Shipping from CarMax Kenosha, WI

 ❤️ **Introducing Love Your Car Guarantee** ●
24-hour test drives and 30-day money back returns (up to 1500 miles)


2013 Mercedes-Benz
C300 Sport
$20,998* • 44K mi
Only available at CarMax King of Prussia, PA


2014 Mercedes-Benz
C350 Sport
$22,998* • 50K mi
$249 Shipping from CarMax Maple Shade, NJ


2013 Mercedes-Benz
C250 Luxury
$17,998* • 58K mi
$249 Shipping from CarMax North Houston, TX


2013 Mercedes-Benz
C300 Sport
$19,998* • 58K mi
$599 Shipping from CarMax East Haven, CT


2012 Mercedes-Benz
C300 Sport
$19,998* • 62K mi
$599 Shipping from CarMax San Antonio, TX


NEW ARRIVAL
2013 Mercedes-Benz
C250 Sport
$17,998* • 76K mi
Only available at CarMax Murrieta, CA


2014 Mercedes-Benz
C350 Sport
$21,998* • 62K mi
$199 Shipping from CarMax Reno, NV

NEW ARRIVAL
2014 Mercedes-Benz
C250 Sport
$20,998* • 55K mi
$1399 Shipping from CarMax Irvine, CA

Model                             ❯
Series                            ❯
Packages                          ❯
Trim                              ❯
Type                              ❯
Body Style                        ❯
Year                              ❯
Price                             ❯
Mileage                           ❯
Features                          ❯
Size                              ❯
Exterior Color                    ❯

Currently Viewing 22 of 25 Matches

SEE MORE MATCHES

Suggested Filters   Luxury (5)   4 Door Sedan (22)   Sport (17)   2 Door Coupe (3)   Sport Package (7)   Panoramic Sunroof (4)   White Interior Color (2)   Premium Package (7)   White (6)   Tan Interior Color (9)   Black Interior Color (14)   Bla

*Price excludes tax, title and tags. Price assumes that final purchase will be made in the State of GA, unless vehicle is non-transferable. Vehicle subject to prior sale. Applicable transfer fees are due in advance of vehicle delivery and are separate from sales transactions.

*CarMax delivery is available within a 60-mile radius of select stores. Not available to customers in all states. Please contact your nearest store for details.



Your store for 30122
Lithia Springs ♥ 👤

Search by Make, Model, or Keyword 🔍



Filter & Sort (4)   Clear filters

BMW ✕   328 ✕   335 ✕
2012-2014 ✕

SAVE SEARCH

< Exterior Color





White

Used BMW 328 335 2012-2014 for Sale · 26 Matches

COMPARE ⬛


NEW ARRIVAL

2013 BMW
328 XI
$18,998* • 58K mi
$199 Shipping from CarMax Bristol, TN



2013 BMW
328 I
$15,998* • 75K mi
$199 Shipping from CarMax Jackson (MS), MS


NEW ARRIVAL

2013 BMW
328 I
$17,998* • 74K mi
$449 Shipping from CarMax North Shore, LA



2013 BMW
328 I
$16,998* • 52K mi
$249 Shipping from CarMax Columbus Sawmill, OH



### Sell us your car
Selling or trading in?
We want your car.

GET YOUR OFFER



2013 BMW
328 XI
$17,998* • 75K mi
$199 Shipping from CarMax West Broad, VA



2013 BMW
328 XI
$19,998* • 57K mi
$349 Shipping from CarMax Merrillville, IN


NEW ARRIVAL

2013 BMW
328 XI
$19,998* • 67K mi
$249 Shipping from CarMax Frederick, MD



2013 BMW
335 IS
$28,998* • 22K mi
$249 Shipping from CarMax Ellicott City, MD



### See what
### you can afford
Get pre-approved to find
cars that fit your budget

GET PRE-APPROVED



2012 BMW
328 I
$18,998* • 42K mi
$199 Shipping from CarMax Ft. Lauderdale, FL



2013 BMW
328 XI
$18,998* • 67K mi
$1099 Shipping from CarMax South Broadway, CO


NEW ARRIVAL

2012 BMW
328 I
$17,998* • 76K mi
$1399 Shipping from CarMax Phoenix-Gilbert, AZ



2012 BMW
328 I
$17,998* • 64K mi
$1999 Shipping from CarMax Sacramento South, CA



2012 BMW
328 I
$17,998* • 59K mi
$1399 Shipping from CarMax Irvine, CA



2013 BMW
328 I
$22,998* • 25K mi
$1399 Shipping from CarMax Palmdale, CA

💙 **Introducing Love Your Car Guarantee** ●
24-hour test drives and 30-day money back returns (up to 1500 miles)


NEW ARRIVAL

2014 BMW
328 I
$18,998* • 60K mi
$1399 Shipping from CarMax San Gabriel Valley/Duarte, CA



2014 BMW
328 I
$20,998* • 51K mi
$1399 Shipping from CarMax Boise (Meridian), ID



2013 BMW
335 I
$19,998* • 51K mi
$1399 Shipping from CarMax Reno, NV


NEW ARRIVAL

2013 BMW
328 I
$24,998* • 34K mi
$1999 Shipping from CarMax Spokane, WA



Stay tuned for pics

2014 BMW
328 I
$18,998* • 52K mi
$1399 Shipping from CarMax Oxnard, CA

White


COMING SOON

2012 BMW
328 I
$20,998* • 57K mi
Coming to CarMax Jacksonville West, FL


COMING SOON

2013 BMW
328 XI
$18,998* • 66K mi
Coming soon to CarMax Cincinnati, OH

COMING SOON

2012 BMW
328 I
$21,998* • 32K mi
Coming soon to CarMax Boynton Beach, FL

Currently Viewing 22 of 26 Matches

SEE MORE MATCHES

Suggested Filters   I (17)   XI (8)   M Sport Package (2)   4 Door Sedan (14)   2 Door Coupe (7)   2 Door Convertible (5)   Cold Weather Package (5)   Premium Package (13)   Brown Interior Color (6)   Black Interior Color (9)   Turbo Charged Engine

*Price excludes tax, title and tags. Price assumes that final purchase will be made in the State of GA, unless vehicle is non-transferable.
Vehicle subject to prior sale. Applicable transfer fees are due in advance of vehicle delivery and are separate from sales transactions.

*CarMax delivery is available within a 60-mile radius of select stores. Not available to customers in all states. Please contact your
nearest store for details.

Search by Make, Model, or Keyword

**Filter & Sort (3)**   Clear filters

Audi ✕   A4 ✕

2012–2014 ✕

SAVE SEARCH

< **Interior Color**

⬤ Black    ⬤ Tan

⬤ Black    ⬤ Tan

Used Audi A4 2012-2014 for Sale | 7 Matches         COMPARE



NEW ARRIVAL

2012 Audi
A4 Prestige S-Line
$19,998* • 57K mi

$599 Shipping from CarMax San Antonio, TX



2014 Audi
A4 Premium Plus
$20,998* • 65K mi

$1399 Shipping from CarMax Buena Park, CA

Stay tuned for pics

NEW ARRIVAL

2013 Audi
A4 Premium
$16,998* • 63K mi

$1399 Shipping from CarMax Buena Park, CA

Stay tuned for pics

NEW ARRIVAL

2013 Audi
A4 Premium
$20,998* • 24K mi

$1399 Shipping from CarMax Oxnard, CA



**Sell us your car**

Selling or trading in?
We want your car.

GET YOUR OFFER



NEW ARRIVAL

2014 Audi
A4 Premium
$18,998* • 70K mi

$1399 Shipping from CarMax Henderson, NV



COMING SOON

2014 Audi
A4 Premium
$18,998* • 68K mi

Coming soon to CarMax Loveland, CO

COMING SOON

2014 Audi
A4 Premium
$19,998* • 68K mi

Coming soon to CarMax Phoenix-Gilbert, AZ

✉ Get notified when exact matches are within your search radius. Save this search.

**Suggested Filters**   S-Line (2)   Premium (5)   Black (4)   Black Interior Color (6)   Premium Sound (2)   White (2)   Smart Key (4)   Rear View Camera (2)   Parking Sensors (2)   Blind Spot Monitor (2)   Front Seat Heaters (4)   2012 (1)   2013 ▸

**Similar cars based on your search**



2015 Honda
Accord Sport
$19,998* • 41K mi

CarMax Buena Park, CA



2014 Honda
Accord Sport
$17,998* • 83K mi

CarMax Buena Park, CA



2013 Cadillac
ATS
$18,998* • 50K mi

CarMax Murfreesboro, TN

Stay tuned for pics

2015 Mercedes-Benz
C300
$20,998* • 68K mi

CarMax Oxnard, CA

Stay tuned for pics

2015 Cadillac
ATS Luxury
$21,998* • 61K mi

CarMax Oxnard, CA

Stay tuned for pics

2015 Mercedes-Benz
CLA250
$21,998* • 56K mi

CarMax Oxnard, CA



2016 Mercedes-Benz
E350 Sport
$30,998* • 39K mi

CarMax Huntsville, AL

*Price excludes tax, title and tags. Price assumes that final purchase will be made in the State of GA, unless vehicle is non-transferable.
Vehicle subject to prior sale. Applicable transfer fees are due in advance of vehicle delivery and are separate from sales transactions.
†CarMax delivery is available within a 60-mile radius of select stores. Not available to customers in all states. Please contact your
nearest store for details.



Search by Make, Model, or Keyword 🔍

Filter & Sort (4)   Clear filters

Used Lexus IS 250 IS 350 2012-2014 for Sale | 23 Matches                    COMPARE

Lexus ⊗   IS 250 ⊗
IS 350 ⊗   2012-2014 ⊗
SAVE SEARCH

‹ Price

Price Range | Monthly Payment

From $16,000 ▾   To $34,000+ ▾

8 Cars
Average Price: $24,000


2014 Lexus
IS 350
$25,998* • 60K mi
Available at your store from CarMax Lithia Springs, GA


2014 Lexus
IS 250
$24,998* • 71K mi
$99 Shipping from CarMax Nashville, TN


2013 Lexus
IS 250
$17,998* • 114K mi
$99 Shipping from CarMax Independence Boulevard, NC

NEW ARRIVAL

Stay tuned for pics
2014 Lexus
IS 250
$22,998* • 91K mi
Only available at CarMax Dayton, OH


**Sell us your car**
Selling or trading in?
We want your car.
GET YOUR OFFER


2013 Lexus
IS 350
$28,998* • 46K mi
$249 Shipping from CarMax Dayton, OH


2014 Lexus
IS 250
$25,998* • 55K mi
Only available at CarMax Fredericksburg, VA


2014 Lexus
IS 250
$23,998* • 63K mi
Only available at CarMax Newport News, VA


2012 Lexus
IS 250
$19,998* • 49K mi
Only available at CarMax Fredericksburg, VA


**See what you can afford**
Get pre-approved to find
cars that fit your budget
GET PRE-APPROVED


2014 Lexus
IS 250
$35,998* • 11K mi
$249 Shipping from CarMax Virginia Beach, VA


2014 Lexus
IS 350
$24,998* • 62K mi
$349 Shipping from CarMax Oak Lawn, IL


2012 Lexus
IS 350
$19,998* • 90K mi
$349 Shipping from CarMax Naperville, IL


2012 Lexus
IS 250
$16,998* • 112K mi
$299 Shipping from CarMax Mechanicsburg, PA


2014 Lexus
IS 350
$22,998* • 101K mi
$249 Shipping from CarMax Denton, TX


2012 Lexus
IS 250
$23,998* • 74K mi
$249 Shipping from CarMax Southwest Freeway, TX


2014 Lexus
IS 250
$21,998* • 106K mi
Only available at CarMax Fremont, CA

COMING SOON

2014 Lexus
IS 250
$22,998* • 69K mi
Coming soon to CarMax Birmingham, AL

COMING SOON

2014 Lexus
IS 350
$25,998* • 74K mi
Coming soon to CarMax Indianapolis, IN

COMING SOON

2014 Lexus
IS 350
$24,998* • 82K mi
Coming soon to CarMax West Broad, VA

COMING SOON

2014 Lexus
IS 250
$24,998* • 72K mi
Coming soon to CarMax Midlothian, VA

COMING SOON

2014 Lexus
IS 350
$23,998* • 94K mi
Coming soon to CarMax Gulf Freeway, TX

2014 Lexus
IS 250
$24,998* • 69K mi
Coming soon to CarMax Garland, TX

2012 Lexus
IS 250
$17,998* • 81K mi
Coming soon to CarMax Texas Stadium (Irving), TX

Price Range | Monthly Payment

From $16,000 ▾   To $34,000+ ▾

8 Cars
Average Price: $24,000

COMING SOON

2014 Lexus
IS 250
$27,998* • 33K mi
Coming soon to CarMax Albuquerque, NM

Suggested Filters   F-Sport Package (7)   4 Door Sedan (20)   Black Interior Color (13)   Premium Package (8)   Luxury Package (3)   Black (5)   2 Door Convertible (3)   Silver (4)   Gray (7)   Gray Interior Color (5)   Rear Spoiler (9)   Tan Interior...

*Price excludes tax, title and tags. Price assumes that final purchase will be made in the State of GA, unless vehicle is non-transferable.
Vehicle subject to prior sale. Applicable transfer fees are due in advance of vehicle delivery and are separate from sales transactions.

*CarMax delivery is available within a 60-mile radius of select stores. Not available to customers in all states. Please contact your
nearest store for details.

TOP|cars Cars for Sale

Sign In / Sign Up

Home / Cars for Sale

# Used Mercedes-Benz C-Class for sale

Sort by
Best match

🔍 Save your search to easily start where you left off, get updates on new inventory & price drops.    Sign up

**1,267 matches**    Save search

× Used    × 2012-2014
× Mercedes-Benz    × C-Class

Clear all

### Basics

Search within
All miles from
ZIP 30303

New/used
Used

Make
Mercedes-Benz

**Model**

☐ B-Class Electric Drive (10)
☑ C-Class (1267)
☐ CL-Class (26)
☐ CLA-Class (453)
☐ CLS-Class (353)
☐ E-Class (1611)

**C-Class trims**

☐ C 250 (212)
☐ C 250 Luxury (77)
☐ C 250 Sport (205)
☐ C 300 (3)
☐ C 300 4MATIC (207)
☐ C 300 4MATIC Luxury (100)

Min year 2012    Max year 2014

Min price Lowest    Max price Highest

**Deal rating**

☐ Great Deal (288)
☐ Good Deal (480)
☐ Fair Deal (382)

Mileage
Any mileage

### Style

Body style ⌄

Exterior color ⌃

☐ ● Beige (3)
☐ ● Black (396)
☐ ● Blue (86)
☐ ● Brown (5)
☐ ● Gray (188)
☐ ● Gold (2)
☐ ● Green (2)
☐ ● Red (54)
☐ ● Silver (131)
☐ ● White (292)

Interior color ⌃

☐ ● Beige (361)
☐ ● Black (520)
☐ ● Brown (3)
☐ ● Gray (88)
☐ ● Orange (8)
☐ ● Red (10)
☐ ● Silver (1)
☐ ● White (7)

### Performance

Transmission ⌄

Drivetrain ⌄



Used
2014 Mercedes-Benz C-Class C 300 Sport
99,412 mi.
**$14,490**
Fair Deal    Home Delivery    Virtual Appointments
CARFAX Report ↗
AGN Auto Gallery
3.9 ★★★★☆ (47 reviews)
20 mi. from 30303
Check availability    ♡ Save

Used
2012 Mercedes-Benz C-Class C 250
103,500 mi.
**$9,990**
Great Deal | $1,159 under
Free CARFAX Report ↗
Nesh Auto Sales
2.9 ★★★☆☆ (14 reviews)
20 mi. from 30303
Check availability    ♡ Save

Used
2013 Mercedes-Benz C-Class C 250
68,775 mi.
**$15,620**
Fair Deal    Hot Car    Home Delivery    Virtual Appointments
CARFAX Report ↗
Mercedes-Benz of Marion
4.2 ★★★★☆ (11 reviews)
374 mi. from 30303
Check availability    ♡ Save

Used
2014 Mercedes-Benz C-Class C 250 Sport
80,189 mi.
**$13,995**
Great Deal | $2,782 under    Home Delivery    Virtual Appointments
CARFAX Report ↗
Amko Auto Temple Hills
3.7 ★★★★☆ (6 reviews)
543 mi. from 30303
Check availability    ♡ Save

Used
2014 Mercedes-Benz C-Class C 250 Sport
80,648 mi.
**$15,998**
Fair Deal    Home Delivery    Virtual Appointments
Free CARFAX Report ↗
Mercedes-Benz of Pompano
4.5 ★★★★☆ (591 reviews)
575 mi. from 30303
Check availability    ♡ Save

Used
2013 Mercedes-Benz C-Class C 300 4MATIC
48,078 mi.
**$18,897**
Great Deal | $1,384 under    Home Delivery    Virtual Appointments
Free CARFAX Report ↗
Oak Lawn Mazda
4.8 ★★★★★ (661 reviews)
579 mi. from 30303
Check availability    ♡ Save

Used
2014 Mercedes-Benz C-Class C 250
93,138 mi.
**$14,991**
Fair Deal    Home Delivery    Virtual Appointments
Free CARFAX 1-Owner Report ↗
Driveline Motorcars
3.1 ★★★☆☆ (18 reviews)
725 mi. from 30303
Check availability    ♡ Save

Used
2012 Mercedes-Benz C-Class C 300 4MATIC Luxury
89,958 mi.
**$14,445**    $1,543 price drop
Great Deal | $1,467 under    Home Delivery    Virtual Appointments
Free CARFAX Report ↗
Prestige Mitsubishi
4.9 ★★★★★ (620 reviews)
903 mi. from 30303
Check availability    ♡ Save







Home / Cars for Sale

# Used vehicles for sale

Sort by
Best match

**Save your search** to easily start where you left off, get updates on new inventory & price drops. Sign up

Feedback

**1,686 matches** Save search

× Used × 2012-2014 × BMW × 335 × 328 × 320

Clear all

## Basics

Search within: All miles from | ZIP: 30303
New/used: Used
Make: BMW

Model
- [ ] 128 (69)
- [ ] 135 (66)
- [ ] 228 (24)
- [x] 320 (284)
- [x] 328 (1026)
- [ ] 328 Gran Turismo (48)

320 trims
- [ ] i (115)
- [ ] i xDrive (169)

328 trims
- [ ] i (621)
- [ ] i xDrive (405)

335 trims

Min year: 2012 | Max year: 2014
Min price: Lowest | Max price: Highest

Deal rating
- [ ] Great Deal (317)
- [ ] Good Deal (646)
- [ ] Fair Deal (539)

Mileage: Any mileage

## Style

Body style

Exterior color
- [ ] Beige (43)
- [ ] Black (582)
- [ ] Blue (211)
- [ ] Brown (8)
- [ ] Gold (2)
- [ ] Gray (198)
- [ ] Red (54)
- [ ] Silver (158)
- [ ] White (380)

Interior color
- [ ] Beige (532)
- [ ] Black (681)
- [ ] Brown (97)
- [ ] Gray (19)
- [ ] Orange (1)
- [ ] Red (25)
- [ ] White (6)

## Performance

Transmission

Drivetrain

Cylinders

Your No Haggle, ONE PRICE Store!
www.RockieWilliams.com
1/22

Used
2013 BMW 328 i xDrive
97,148 mi.
**$13,499** $489 price drop
Good Deal | $154 under
Free CARFAX Report
Rockie Williams Premier Dodge Chrysler Jeep Ram
3.2 (27 reviews)
206 mi. from 30303
Save | Check availability

JOYCE KOONS
1/28

Used
2013 BMW 335 i xDrive
69,084 mi.
**$19,292** $500 price drop
Good Deal | $136 under
Free CARFAX Report
Joyce Koons Honda Buick GMC
4.4 (76 reviews)
517 mi. from 30303
Save | Check availability

1/21

Used
2013 BMW 328 i xDrive
41,354 mi.
**$18,585** $410 price drop
Fair Deal | Home Delivery | Virtual Appointments
Free CARFAX Report
Classic BMW Mini Willoughby Hills
4.9 (129 reviews)
567 mi. from 30303
Save | Check availability

CARVANA
1/35

Used
2013 BMW 335 i
5,861 mi.
**$27,590** $400 price drop
Fair Deal | Home Delivery | Virtual Appointments
CARFAX Report
Carvana-Touchless Delivery To Your Home
4.3 (7,599 reviews)
Online seller
Save | Check availability

1/4

Used
2014 BMW 320 i
67,733 mi.
**$11,990**
Great Deal | $1,010 under | Home Delivery | Virtual Appointments
CARFAX Report
The Showroom
3.1 (33 reviews)
602 mi. from 30303
Save | Check availability

Platinum Auto Exchange
847-228-1214
1/32

Used
2013 BMW 328 i
100,837 mi.
**$12,980**
Great Deal | $1,207 under | Home Delivery | Virtual Appointments
CARFAX Report
Platinum Auto Exchange
4.4 (129 reviews)
606 mi. from 30303
Save | Check availability

CALL OR TEXT (972)737-1661
BOSCO AUTO
1/6

Used
2013 BMW 335 i
81,412 mi.
**$17,995**
Good Deal | Hot Car | Home Delivery | Virtual Appointments
CARFAX Report
Bosco Auto Group
3.0 (43 reviews)
734 mi. from 30303
Save | Check availability

1/32

Used
2013 BMW 335 i xDrive
83,218 mi.
**$14,890**
Great Deal | $1,672 under
Free CARFAX Report
Certified Luxury Motors
3.8 (300 reviews)
761 mi. from 30303
Save | Check availability

🚗 Buy from Home: Have your vehicle delivered to you and complete your paperwork at home. Learn More

Used Cars › Atlanta, GA › Mercedes-Benz › C-Class › 2012-2014

# Used 2012 Mercedes-Benz C-Class for Sale in Atlanta, GA

Save Search

Used Cars   New Cars

Location  Atlanta, GA ⌖

Distance  Nationwide ⌄

Make  Mercedes-Benz ⌄

Model  C-Class ⌄

Body Style  All ⌄

Years  2012  to  2014

Price
$0  to  $100,000+

Mileage
0  to  200,000+

CPO
☐ Certified Pre-Owned  1

Buy From Home  Learn More
☐ Buy From Home  26

Online Dealers
☑ Show online dealers
These are dealerships that do not have a physical location, meaning that cars will be delivered to your home.
◯ Only Show Online Dealers

Trim ⌄

Exterior Color ⌃

All Exterior Colors
☐ Beige  1
☐ Black  254
☐ Blue  53
☐ Brown  8
☐ Gold  1
☐ Gray  88
☐ Green  2
☐ Maroon  0
☐ Red  53
☐ Silver  90
☐ Tan  0
☐ White  187
☐ Unknown  61

Price Rating ⌄
Popular Features ⌄
Condition and History ⌄
Transmission ⌄
Drive Type ⌄
Engine ⌄
Interior Color ⌄
Fuel Type ⌄

Showing 1 – 30 of 770 Listings           Sort By  Best Deal ⌄

Sponsored  2014  Mercedes-Benz C-Cl...
C 300 4MATIC Sport Sedan
Excellent Price  $13,295
$1,274 off avg. list price
94,284 miles
410 mi - Tampa, FL
Black exterior, Black interior
No accidents, 4 Owners, Personal use

Sponsored  2014  Mercedes-Benz C-Cl...
C 300 4MATIC Sport Sedan
Excellent Price  $18,812
$1,642 off avg. list price
32,337 miles
506 mi - Chesapeake, VA
Black exterior, Black interior
1 accident, 2 Owners, Personal use

Sponsored  2013  Mercedes-Benz C-Cl...
C 300 4MATIC Sport Sedan
Excellent Price  $17,512
$872 off avg. list price
44,672 miles
233 mi - Monroe, NC
White exterior, Black interior
No accidents, 2 Owners, Personal use

2012  Mercedes-Benz C-Class
C 350 4MATIC Coupe
Excellent Price  $12,999
$2,275 off avg. list price
104,588 miles
3,401 mi - Anchorage, AK
White exterior, Black interior
No accidents, 6 Owners, Personal use

2012  Mercedes-Benz C-Class
C 250 Sport Sedan RWD
Excellent Price  $7,995
122,599 miles
693 mi - Pasadena, TX
Gray exterior, Black interior
1 accident, 4 Owners, Personal use

2012  Mercedes-Benz C-Class
C 250 Sport Sedan RWD
Excellent Price  $10,998
$1,728 off avg. list price   Discount Available
100,171 miles
741 mi - Jersey City, NJ
Red exterior, Unknown interior
No accidents, 4 Owners, Personal use

2013  Mercedes-Benz C-Class
C 250 Luxury Sedan RWD
Excellent Price  $10,499
$1,335 off avg. list price
104,255 miles
48 mi - Gainesville, GA
Blue exterior, Beige interior
No accidents, 2 Owners, Personal use

2014  Mercedes-Benz C-Class
C 300 4MATIC Sport Sedan
Excellent Price  $11,995
$1,523 off avg. list price
91,959 miles
791 mi - Patchogue, NY
White exterior, Unknown interior
1 accident, 3 Owners, Fleet use

2012  Mercedes-Benz C-Class
C 250 Luxury Sedan RWD
Excellent Price  $7,944
$985 off avg. list price   Discount Available
99,367 miles
564 mi - Delray Beach, FL
Black exterior, Unknown interior
1 accident, 2 Owners, Personal use

2013  Mercedes-Benz C-Class
C 300 4MATIC Luxury Sedan
Excellent Price  $11,499
$1,423 off avg. list price
114,836 miles
15 mi - Marietta, GA
Unknown exterior, Unknown interior
No accidents, 3 Owners, Personal use

SOLD AS-IS   NO WARRANT
2013  Mercedes-Benz C-Class
C 250 Sport Sedan RWD
Excellent Price  $9,495
$1,120 off avg. list price   Discount Available
117,783 miles
535 mi - Vienna, VA
Gray exterior, Black interior
No accidents, 4 Owners, Personal use

2013  Mercedes-Benz C-Class
C 250 Sport Sedan RWD
Excellent Price  $14,995
$1,741 off avg. list price
55,739 miles
404 mi - Tampa, FL
Blue exterior, Black interior
No accidents, 1 Owner, Personal use

2013  Mercedes-Benz C-Class
C 250 Luxury Sedan RWD
Excellent Price  $14,750
$1,611 off avg. list price
40,224 miles
1,939 mi - North Hollywood, CA
Black exterior, Black interior
No accidents, 2 Owners, Personal use

2013  Mercedes-Benz C-Class
C 250 Sport Sedan RWD
Excellent Price  $10,999
$1,172 off avg. list price
65,757 miles
755 mi - Jamaica, NY
Black exterior, Beige interior
No accidents, 2 Owners, Fleet use

2013  Mercedes-Benz C-Class
C 250 Sport Sedan RWD
Excellent Price  $13,495
$1,447 off avg. list price   Discount Available
77,935 miles
414 mi - Tampa, FL
Red exterior, Beige interior
No accidents, 2 Owners, Personal use

2014  Mercedes-Benz C-Class
C 250 Sport Sedan RWD
Excellent Price  $13,995
85,957 miles
708 mi - Houston, TX
Red exterior, Black interior
No accidents, 1 Owner, Personal use

2014  Mercedes-Benz C-Class
C 250 Luxury Sedan RWD
Excellent Price  $14,468
$1,534 off avg. list price
80,234 miles
548 mi - Ozark, MO
Blue exterior, Unknown interior
2 accidents, 4 Owners, Personal use

2013  Mercedes-Benz C-Class
C 300 4MATIC Sport Sedan
Excellent Price  $15,930
$1,674 off avg. list price
46,769 miles
1,207 mi - Littleton, CO
Black exterior, Beige interior
1 accident, 4 Owners, Personal use





🚗 Buy from Home: Have your vehicle delivered to you and complete your paperwork at home. **Learn More**

Used Cars · Atlanta, GA · Audi · A4 · 2012-2014

## Used 2012 Audi A4s for Sale in Atlanta, GA

[ Save Search ]



| | Used Cars | New Cars | |

Showing 1 – 30 of 359 Listings                              Sort By  Best Deal ⌄

**Location** Atlanta, GA 📍

**Distance** Nationwide ⌄

**Make** Audi ⌄

**Model** A4 ⌄

**Body Style** All ⌄

**Years** 2012 to 2014

**Price** $0 to $100,000+

**Mileage** 0 to 200,000+

**CPO**
☐ Certified Pre-Owned 0

**Buy From Home** Learn More
☐ Buy From Home 17

**Online Dealers**
☑ Show online dealers
These are dealerships that do not have a physical location, meaning that cars will be delivered to your home.
◯ Only Show Online Dealers

**Trim** ⌄
**Exterior Color** ⌄
**Price Rating** ⌄
**Popular Features** ⌄
**Condition and History** ⌄
**Transmission** ⌄
**Drive Type** ⌄
**Engine** ⌄
**Interior Color**
All Interior Colors
☐ Beige 38
☐ Black 179
☐ Blue 0
☐ Brown 9
☐ Gray 45
☐ White 0
☐ Unknown 108
**Fuel Type** ⌄

### Listings

**Sponsored** 2012 Audi A4 — Premium Plus Sedan 2.0T quattro Automatic
✓ Great Price  $13,499
$94 off avg. list price
78,493 miles · 18 mi - Fairburn, GA · Unknown exterior, Unknown interior · No accidents, 2 Owners, Personal use

**Sponsored** 2014 Audi A4 — Premium Plus Sedan 2.0T quattro Automatic
✓ Great Price  $18,869
$57 off avg. list price
54,063 miles · 233 mi - Monroe, NC · Gray exterior, Black interior · No accidents, 2 Owners, Personal use

**Sponsored** 2012 Audi A4 — Premium Plus Sedan 2.0T quattro Automatic
High Price  $15,990
$2,563 above avg. price
89,812 miles · 2.6 mi - Atlanta, GA · Silver exterior, Gray interior · No accidents, 3 Owners, Personal use
🚗 Buy From Home Available

2012 Audi A4 — Premium Plus Sedan 2.0T quattro Automatic
✓ Excellent Price  $9,500
$1,385 off avg. list price
100,746 miles · 2,980 mi - Salem, OR · Silver exterior, Black interior · No accidents, 3 Owners, Personal use
Upfront Price Available

2012 Audi A4 — Premium Plus Sedan 2.0T quattro Automatic
✓ Excellent Price  $8,900
$1,139 off avg. list price
94,225 miles · 290 mi - Jacksonville, FL · Unknown exterior, Unknown interior · 1 accident, 4 Owners, Personal use

2012 Audi A4 — Prestige Avant Wagon 2.0T quattro Automatic
✓ Excellent Price  $9,998
$1,261 off avg. list price
136,033 miles · 946 mi - Peabody, MA · Blue exterior, Beige interior · No accidents, 1 Owner, Personal use

2013 Audi A4 — Premium Sedan 2.0T quattro Automatic
✓ Excellent Price  $10,997
$806 off avg. list price
112,700 miles · 722 mi - Carrollton, TX · Black exterior, Gray interior · 1 accident, 3 Owners, Personal use

2014 Audi A4 — Premium Sedan 2.0T FrontTrak CVT
✓ Excellent Price  $13,495
$1,323 off avg. list price
42,296 miles · 596 mi - Miami, FL · Black exterior, Black interior · 3 accidents, 7 Owners, Fleet use

2014 Audi A4 — Premium Sedan 2.0T quattro Automatic
✓ Excellent Price  $15,998
$1,464 off avg. list price
67,285 miles · 232 mi - Indian Trail, NC · Silver exterior, Gray interior · No accidents, 2 Owners, Personal use





2012 Audi A4 — Premium Sedan 2.0T quattro Automatic
✓ Excellent Price  $9,995
$870 off avg. list price
100,589 miles · 777 mi - Huntington Station, NY · Black exterior, Gray interior · 1 accident, 3 Owners, Personal use

2014 Audi A4 — Premium Sedan 2.0T quattro Automatic
✓ Excellent Price  $11,140
$973 off avg. list price
140,000 miles · 176 mi - Cookeville, TN · Silver exterior, Unknown interior · No accidents, 3 Owners, Personal use

2013 Audi A4 — Premium Sedan 2.0T FrontTrak CVT
✓ Excellent Price  $11,495
$989 off avg. list price
90,938 miles · 2,077 mi - Sacramento, CA · Gray exterior, Unknown interior · 1 accident, 3 Owners, Fleet use





2012 Audi A4 — Premium Avant Wagon 2.0T quattro Automatic
✓ Excellent Price  $13,995
$1,148 off avg. list price
78,334 miles · 943 mi - Saugus, MA · Gray exterior, Black interior · No accidents, 1 Owner, Personal use
Discount Available

2013 Audi A4 — Premium Sedan 2.0T quattro Automatic
✓ Excellent Price  $13,995
$1,106 off avg. list price
75,725 miles · 1,932 mi - Long Beach, CA · White exterior, Black interior · No accidents, 1 Owner, Personal use

2012 Audi A4 — Premium Sedan 2.0T quattro Automatic
✓ Excellent Price  $7,990
$657 off avg. list price
141,718 miles · 353 mi - Raleigh, NC · Gray exterior, Black interior · 1 accident, 1 Owner, Personal use





2014 Audi A4 — Premium Sedan 2.0T FrontTrak CVT
✓ Excellent Price  $15,995
$1,134 off avg. list price
45,174 miles · 414 mi - Tampa, FL · Black exterior, Unknown interior · No accidents, 3 Owners, Personal use
Discount Available

2012 Audi A4 — Premium Sedan 2.0T FrontTrak CVT
✓ Excellent Price  $7,990
$558 off avg. list price
123,875 miles · 409 mi - Tampa, FL · Gray exterior, Black interior · 3 accidents, 8 Owners, Fleet use
Discount Available

2012 Audi A4 — Premium Sedan 2.0T FrontTrak CVT
✓ Excellent Price  $9,995
$686 off avg. list price
92,413 miles · 525 mi - Chantilly, VA · White exterior, Beige interior · No accidents, 3 Owners, Fleet use




**TrueCar**

Case 1:18-cv-03984-MHC   Document 96-16   Filed 07/27/21   Page 17 of 17   Research ⌄   Sell or Trade   Sign up 👤

⭐ Buy from Home: Have your vehicle delivered to you and complete your paperwork at home. Learn More

Used Cars › Atlanta, GA › Lexus › IS › 2012-2014

# Used 2012 Lexus ISs for Sale in Atlanta, GA

Save Search



| Used Cars | New Cars |

Location — Atlanta, GA 📍
Distance — Nationwide ⌄
Make — Lexus ⌄
Model — IS ⌄
Body Style — All ⌄
Years — 2012 to 2014 ⌄

**Price**
$0 to $100,000+

**Mileage**
0 to 200,000+

**CPO**
☐ Certified Pre-Owned   0

**Buy From Home** Learn More
☐ Buy From Home   19

**Online Dealers**
☑ Show online dealers
These are dealerships that do not have a physical location, meaning that cars will be delivered to your home.
⚪ Only Show Online Dealers

Trim ⌄
Exterior Color ⌄
Price Rating ⌄
Popular Features ⌄
Condition and History ⌃

**Number of Accidents**
⚪ No accidents   336
⚪ 1 or fewer   437
🔘 Any number   465

**Title**
Show clean title only
A vehicle that doesn't have any of the below issues
☑ Salvage
Significant damage or totaled
☑ Lemon
A condition where the automaker buys back the car due to warranty defects
☑ Theft Recovery
Any vehicle that has been stolen from its owner and then found
☑ Frame Damage
Damage to a component of the main structure of the vehicle

**Number of Owners**
⚪ One owner   60
⚪ 2 or fewer   262
🔘 Any number   465

**Fleet & Rental Indicator**
☑ Fleet Vehicles   148
Vehicles owned or leased by a business rather than an individual
☑ Rental Vehicles   0
Vehicles used in a rental capacity
Condition History data is provided by Experian AutoCheck. Use of this data is subject to the AutoCheck Terms & Conditions.

Transmission ⌄
Drive Type ⌄
Engine ⌄
Interior Color ⌄

Showing 1 – 30 of 434 Listings

Sort By   Best Deal ⌄

Sponsored 2014 Lexus IS
IS 350 Sedan RWD
✓ Excellent Price   $21,250
$1,666 off avg. list price
Discount Available
48,537 miles
742 mi · Newark, NJ
Gray exterior, Unknown interior
No accidents, 4 Owners, Personal use

Sponsored 2014 Lexus IS
IS 250 Sedan RWD
✓ Excellent Price   $18,574
$1,362 off avg. list price
82,021 miles
360 mi · Raleigh, NC
Gray exterior, Black interior
1 accident, 2 Owners, Fleet use

Sponsored 2013 Lexus IS
IS 250 Sedan RWD
✓ Excellent Price   $16,299
$782 off avg. list price
Upfront Price Available
86,239 miles
Gray exterior, Unknown interior
No accidents, 1 Owner, Personal use

2014 Lexus IS
IS 350 Sedan AWD
✓ Excellent Price   $19,966
$3,155 off avg. list price
Discount Available
49,897 miles
538 mi · Arlington, VA
Black exterior, Red interior
No accidents, 1 Owner, Personal use

2012 Lexus IS
IS 350 Sedan AWD
✓ Excellent Price   $15,988
$2,286 off avg. list price
68,175 miles
584 mi · Essex, MD
Red exterior, Unknown interior
No accidents, 4 Owners, Fleet use

2013 Lexus IS
IS 250 Sedan AWD
✓ Excellent Price   $7,998
$1,049 off avg. list price
169,278 miles
360 mi · Raleigh, NC
White exterior, Beige interior
2 accidents, 2 Owners, Fleet use

2014 Lexus IS
IS 250 Sedan AWD
✓ Excellent Price   $16,499
$1,903 off avg. list price
103,647 miles
32 mi · Buford, GA
White exterior, Black interior
No accidents, 3 Owners, Personal use
Buy From Home Available

2012 Lexus IS
IS 250 Sport RWD Automatic
✓ Excellent Price   $11,250
$1,277 off avg. list price
Discount Available
114,380 miles
1,883 mi · San Diego, CA
Brown exterior, Beige interior
No accidents, 2 Owners, Personal use

2014 Lexus IS
IS 250 Sedan AWD
✓ Excellent Price   $18,471
$1,814 off avg. list price
Discount Available
79,568 miles
553 mi · Silver Spring, MD
White exterior, Beige interior
No accidents, 3 Owners, Fleet use

2012 Lexus IS
IS 350 Sedan AWD
✓ Excellent Price   $14,295
$1,387 off avg. list price
125,919 miles
13 mi · Doraville, GA
Black exterior, Beige interior
No accidents, 3 Owners, Fleet use

2014 Lexus IS
IS 250 Sedan AWD
✓ Excellent Price   $18,711
$1,609 off avg. list price
Discount Available
91,528 miles
469 mi · Richmond, VA
Silver exterior, Black interior
No accidents, 3 Owners, Personal use

2013 Lexus IS
IS 250 Sedan RWD
✓ Excellent Price   $15,995
79,838 miles
469 mi · Friendswood, TX
White exterior, Black interior
1 accident, 3 Owners, Personal use

2012 Lexus IS
IS 250 Sedan RWD
✓ Excellent Price   $18,995
$1,577 off avg. list price
Discount Available
83,556 miles
658 mi · Clifton Heights, PA
Blue exterior, Black interior
No accidents, 3 Owners, Fleet use

2014 Lexus IS
IS 250 Sedan RWD
✓ Excellent Price   $20,400
$1,609 off avg. list price
Upfront Price Available
95,473 miles
607 mi · Longview, TX
Unknown exterior, Unknown interior
1 accident, 3 Owners, Personal use

2012 Lexus IS
IS 250 Sedan AWD Automatic
✓ Excellent Price   $14,265
$1,056 off avg. list price
104,098 miles
451 mi · Muncie, IN
Brown exterior, Black interior
1 accident, 4 Owners, Personal use

2013 Lexus IS
IS 250 Sedan RWD
✓ Excellent Price   $14,980
99,335 miles
880 mi · San Antonio, TX
Silver exterior, Unknown interior
No accidents, 3 Owners, Personal use

2012 Lexus IS
IS 250 Sedan AWD Automatic
✓ Excellent Price   $15,523
$1,114 off avg. list price
COMING SOON
72,453 miles
827 mi · Wallingford, CT
1 accident, 2 Owners, Personal use

2012 Lexus IS
IS 250 Sedan AWD Automatic
✓ Excellent Price   $16,900
$1,176 off avg. list price
Upfront Price Available
56,794 miles
612 mi · Palatine, IL
Brown exterior, Black interior
No accidents, 1 Owner, Personal use