# Exhibit D

## Used Car Survey Attributes

| Make and Model | Model Year | Mileage | Exterior Color |
|---|---|---|---|
| (a) | (b) | (c) | (d) |
| Mercedes C-Class | 2012 | 50,000 | Red |
| BMW 3-Series | 2013 | 75,000 | Black |
| Audi A4 | 2014 | 100,000 | Blue |
| Lexus IS | | 125,000 | White |

| Interior Color | Accident History | Paint | Price |
|---|---|---|---|
| (e) | (f) | (g) | (h) |
| Black | No Accidents | Original | $10,000 |
| Beige | Minor Accident | Repainted | $15,000 |
| Tan | | | $20,000 |
| Grey | | | $25,000 |