# Exhibit E

# Used Car Survey Instrument

-----------------------------------------------------------------
**SCREENING QUESTIONS**
-----------------------------------------------------------------

**INTRODUCTION:**

Thank you for your willingness to participate in our study.  This is a brief study that should take no more than 10 minutes of your time.  The results of this study will not be used to try to sell you anything.

The responses you give to our questions are very important to us.  If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response.  Do not guess. Your answers will only be used in the aggregate and your personal information will be kept confidential.

When you are ready to get started, please click the "Continue" button.

S1.   Before continuing with this survey, please carefully read these instructions:

- Please take the survey in <u>one</u> session.
- While taking this survey, please do <u>not</u> at any time open any other windows or tabs on this computer or any other computer.
- Please do <u>not</u> view any other written material while taking this survey.
- Please do <u>not</u> consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

1. I have read the above instructions and understand them, and I will adhere to these instructions.
2. I do not understand the above instructions, or I don't wish to adhere to them. **[SCREEN OUT]**

S2.   What type of device are you using to complete this survey? **[RANDOMIZE A-D]**

a. Desktop computer
b. Laptop or netbook computer
c. Tablet computer
d. Mobile phone or cell phone
e. Other **[ANCHOR; EXCLUSIVE]**
f. I don't know / I'm not sure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

S3.   Please verify that you are human.

**[INSERT CAPTCHA]**

1

Please note that the code is case sensitive.

**[ALLOW THREE TRYS. IN ERROR MESSAGE, MENTION TEXT IS CASE SENSITIVE. TERMINATE IF CAPTCHA INPUTTED VS. WHAT IS DISPLAYED IS INCORRECT AFTER THIRD ATTEMPT]**

S4.   Are you…?

    a.   Male
    b.   Female
    c.   Prefer not to answer **[SCREEN OUT]**

**[TERMINATE IF GENDER DOES NOT MATCH PANEL DATA]**

S5.   Please select your age.

    **[PROVIDE DROP DOWN BOX WITH AGE RANGE Under 18-99+]**
    Prefer not to answer **[SCREEN OUT]**

**[TERMINATE IF RESPONDENT IS UNDER 18]**

**[TERMINATE IF AGE DOES NOT MATCH PANEL DATA]**

S6.   In which state do you currently live?

    **[INSERT DROP DOWN BOX OF US STATES]**
    Outside of the US **[SINGLE SELECT]**

**[TERMINATE IF NOT US RESIDENT]**

S7.   Please enter your zip code.

    **[NUMERIC FIELD]**
    _|_|_|_|_

**[TERMINATE IF ZIP DOES NOT MATCH STATE]**

S8.   Do you or any members of your household work for any of the following? (***Please select all that apply.***) **[RANDOMIZE A-K]**

    a.   A market research company **[SCREEN OUT]**
    b.   An advertising company **[SCREEN OUT]**
    c.   A company that manufactures, distributes, or sells motor vehicles **[SCREEN OUT]**
    d.   An automobile body shop **[SCREEN OUT]**
    e.   An insurance or appraisal company **[SCREEN OUT]**
    f.   A company that rents outdoors recreational gear (e.g., bicycles, kayaks, paddleboards)

2

      g.   A company that offers rideshare or on-demand transportation services (e.g., bicycles, cars, electric scooters)
      h.   A company that offers air transportation services (e.g., airline, helicopter services)
      i.   An accounting firm
      j.   A travel agency
      k.   A government licensing agency (e.g., DMV)
      l.   None of these **[ANCHOR; EXCLUSIVE]**
      m.   I don't know / I'm not sure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

S9.   Did you have any of the following certifications or licenses at any point in the **past two years**, **or** do you expect to have any of the following in the **next 12 months**? (***Please select all that apply.***) **[RANDOMIZE A-H]**

      a.   Driver's License
      b.   Commercial Driver License (CDL)
      c.   Commercial Pilot License (CPL)
      d.   CPR Certification
      e.   Lifeguard Certification
      f.   Motorcycle License
      g.   Private Pilot License (PPL)
      h.   Scuba Diving Certification
      i.   None of these **[ANCHOR; EXCLUSIVE; SCREEN OUT]**
      j.   I don't know / I'm not sure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

**[TERMINATE IF REGULAR DRIVER'S LICENSE NOT SELECTED]**

S10.  Which of the following products, if any, have you **purchased used / secondhand** in the **past two years**, for your own personal or household use? (***Please select all that apply.***) **[RANDOMIZE A-H]**

      a.   A luxury vehicle **[CONTINUE]**
      b.   A bicycle
      c.   An economy vehicle
      d.   A kayak
      e.   A motorcycle
      f.   An off-road vehicle, such as an all-terrain vehicle (ATV) or utility vehicle (UTV)
      g.   A recreational vehicle (RV)
      h.   A snowmobile
      i.   None of these **[ANCHOR; EXCLUSIVE]**
      j.   I don't know / I'm not sure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

S11.  **[ASK ONLY IF S10 = A]** You indicated that you purchased a used luxury vehicle in the **past two years**. Which type(s) of vehicle(s) did you purchase? (***Please select all that apply.***) **[RANDOMIZE A-G]**

      a.   Coupe **[CONTINUE]**
      b.   Sedan **[CONTINUE]**

    c.  Convertible
    d.  Hatchback
    e.  Minivan
    f.  Pickup truck
    g.  SUV
    h.  None of these **[ANCHOR; EXCLUSIVE; GO TO S16]**
    i.  I don't know / I'm not sure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

S12.  **[ASK ONLY IF S10 = A <u>AND</u> (S11 = A <u>OR</u> B). ALL OTHERS GO TO S15.]** You indicated that you purchased a <u>used luxury vehicle</u> in the **past two years**. Which <u>model</u> vehicle(s) did you purchase? (***Please select all that apply.***) **[RANDOMIZE A-V]**

    a.  Mercedes Benz C-Class
    b.  Acura TL
    c.  Acura TLX
    d.  Acura TSX
    e.  Alfa Romeo Giulia
    f.  Audi A4
    g.  Audi A5
    h.  BMW 3-Series
    i.  BMW 4-Series
    j.  Cadillac ATS
    k.  Cadillac CT5
    l.  Cadillac ELR
    m.  Infiniti G37
    n.  Infiniti Q40
    o.  Infiniti Q50
    p.  Infiniti Q60
    q.  Jaguar XE
    r.  Lexus IS
    s.  Lexus RC
    t.  Lincoln MKZ
    u.  Volvo C70
    v.  Volvo S60
    w.  None of these **[ANCHOR; EXCLUSIVE; GO TO S15]**
    x.  I don't know / I'm not sure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

S13.  **[ASK FOR EACH RESPONSE SELECTED IN S12]** You indicated that you purchased a <u>used</u> **[INSERT RESPONSE SELECTED IN S12]** vehicle in the **past two years**. What was the <u>model year</u> of the **[INSERT RESPONSE SELECTED IN S12]** vehicle you purchased? If you purchased multiple vehicles of this specific model, please respond with the <u>model year</u> you purchased **most recently**.

    **[PROVIDE DROP DOWN BOX WITH YEAR RANGE '1999 or earlier'-2021]**
    I don't know / I'm not sure **[SINGLE SELECT]**

**[PROGRAMMER NOTE: GENERATE FLAG IF <u>ALL</u> MODEL(S) IN S12 DO(ES) NOT MATCH WITH CORRESPONDING MODEL YEAR(S) PROVIDED IN S13:**

a. **Mercedes Benz C-Class: 1994 - Present**
b. **Acura TL: 1996 - 2014**
c. **Acura TLX: 2015 - Present**
d. **Acura TSX: 2004 - 2014**
e. **Alfa Romeo Giulia: 2016 - Present**
f. **Audi A4: 1995 - Present**
g. **Audi A5: 2007 - Present**
h. **BMW 3-Series: 1975 - Present**
i. **BMW 4-Series: 2014 - Present**
j. **Cadillac ATS: 2013 - 2019**
k. **Cadillac CT5: 2020 - Present**
l. **Cadillac ELR: 2014 - 2016**
m. **Infiniti G37: 2007 - 2015**
n. **Infiniti Q40: 2015 - 2015**
o. **Infiniti Q50: 2014 - Present**
p. **Infiniti Q60: 2014 - Present**
q. **Jaguar XE: 2015 - Present**
r. **Lexus IS: 2010 - Present**
s. **Lexus RC: 2015 - Present**
t. **Lincoln MKZ: 2006 - 2020**
u. **Volvo S60: 2001 - Present**
v. **Volvo C70: 1996 - 2013 ]**

S14. **[ASK ONLY IF S10 = A <u>AND</u> (S11 = A <u>OR</u> B) <u>AND</u> AT LEAST ONE RESPONSE OF 2010+ IN S13. ALL OTHERS GO TO S15.]** You indicated that you purchased a used luxury vehicle in the past two years. For the vehicle(s) purchased... (***Please select all that apply.***) **[RANDOMIZE A-C]**
   a. I was the primary driver of the vehicle(s)
   b. I was one of the primary drivers of the vehicle(s)
   c. Someone else was the primary driver of the vehicle(s)
   d. I don't know / I'm not sure **[ANCHOR; EXCLUSIVE; SCREEN OUT]**

S15. Which of the following products, if any, do you **<u>expect to purchase used / secondhand</u>** in the **<u>next 12 months</u>**, for your own personal or household use? (***Please select all that apply.***) **[DISPLAY IN SAME ORDER AS <mark>S10</mark>]**

   a. A luxury vehicle **[CONTINUE]**
   b. A bicycle
   c. An economy vehicle
   d. A kayak
   e. A motorcycle
   f. An off-road vehicle, such as an all-terrain vehicle (ATV) or utility vehicle (UTV)
   g. A recreational vehicle (RV)
   h. A snowmobile
   i. None of these **[ANCHOR; EXCLUSIVE]**
   j. I don't know / I'm not sure **[ANCHOR; EXCLUSIVE]**

S16. **[ASK ONLY IF S15 = A. ALL OTHERS GO TO QUALIFYING INSTRUCTIONS.]** You indicated that you expect to purchase a <u>used luxury vehicle</u> in the **next 12 months**. Which <u>type(s)</u> of vehicle(s) do you expect to purchase? (***Please select all that apply.***) **[RANDOMIZE A-G]**

   a. Coupe **[CONTINUE]**
   b. Sedan **[CONTINUE]**
   c. Convertible

5

      d.  Hatchback
      e.  Minivan
      f.  Pickup truck
      g.  SUV
      h.  None of these **[ANCHOR; EXCLUSIVE; GO TO QUALIFYING INSTRUCTIONS]**
      i.  I don't know / I am unsure [**ANCHOR; EXCLUSIVE; GO TO QUALIFYING INSTRUCTIONS]**

S17.  **[ASK ONLY IF S15 = A <u>AND</u> (S16 = A <u>OR</u> B). ALL OTHERS GO TO QUALIFYING INSTRUCTIONS.]** You indicated that you expect to purchase a <u>used luxury vehicle</u> in the **next 12 months**.  Which <u>model</u> vehicle(s) would you consider purchasing in the **next 12 months**? (***Please select all that apply.***) **[RANDOMIZE A-V]**

      a.  Mercedes Benz C-Class
      b.  Acura TL
      c.  Acura TLX
      d.  Acura TSX
      e.  Alfa Romeo Giulia
      f.  Audi A4
      g.  Audi A5
      h.  BMW 3-Series
      i.  BMW 4-Series
      j.  Cadillac ATS
      k.  Cadillac CT5
      l.  Cadillac ELR
      m.  Infiniti G37
      n.  Infiniti Q40
      o.  Infiniti Q50
      p.  Infiniti Q60
      q.  Jaguar XE
      r.  Lexus IS
      s.  Lexus RC
      t.  Lincoln MKZ
      u.  Volvo C70
      v.  Volvo S60
      w.  None of these **[ANCHOR; EXCLUSIVE; GO TO QUALIFYING INSTRUCTIONS]**
      x.  Don't know / unsure **[ANCHOR; EXCLUSIVE; GO TO QUALIFYING INSTRUCTIONS]**

S18.  **[ASK ONLY IF S15 = A <u>AND</u> (S16 = A <u>OR</u> B). ALL OTHERS GO TO QUALIFYING INSTRUCTIONS.]** You indicated that you expect to purchase a <u>used luxury vehicle</u> in the **next 12 months**. What <u>model year(s)</u> would you consider purchasing? (***Please select all that apply.***) **[ROTATE ENDS OF SCALE A-W OR W-A]**

      a.  1999 or earlier

b.  2000-2004
c.  2005-2009
d.  2010-2014
e.  2015-2019
f.  2020 or later
g.  Don't know / unsure **[ANCHOR; EXCLUSIVE]**

S19.  **[ASK ONLY IF S15 = A <u>AND</u> (S16 = A <u>OR</u> B) <u>AND</u> AT LEAST ONE RESPONSE OF 2010+ IN S18. ALL OTHERS GO TO QUALIFYING INSTRUCTIONS.]** You indicated that you expect to purchase a used luxury vehicle in the next 12 months. For the vehicle(s) purchased... (***Please select all that apply.***) **[RANDOMIZE A-C]**
a.  I would be the primary driver of the vehicle(s)
b.  I would be one of the primary drivers of the vehicle(s)
c.  Someone else would be the primary driver of the vehicle(s)
d.  I don't know / I'm not sure **[ANCHOR; EXCLUSIVE]**

**QUALIFYING INSTRUCTIONS:**

**TO CONTINUE, RESPONDENT MUST HAVE INDICATED EITHER:**

**(a) PAST PURCHASER OF USED LUXURY VEHICLE(S) IN 2 YRS (S10 = A) <u>AND</u> PURCHASED SEDAN OR COUPE (S11 = A <u>OR</u> B) <u>AND</u> PURCHASED IN RELEVANT CLASS (S12 = A-V) <u>AND</u> AT LEAST ONE RESPONSE OF 2010+ IN S13 <u>AND</u> PRINCIPAL DRIVER (S14 = A <u>OR</u> B)**

**OR**

**(b) INTENT TO PURCHASE USED LUXURY VEHICLE(S) IN 1 YR (S15 = A) <u>AND</u> INTENT TO PURCHASE SEDAN OR COUPE (S16 = A <u>OR</u> B) <u>AND</u> INTENT TO PURCHASE IN RELEVANT CLASS (S17 = A-V) <u>AND</u> AT LEAST ONE RESPONSE OF 2010+ IN S18 <u>AND</u> PRINCIPAL DRIVER (S19 = A <u>OR</u> B)**

**TERMINATE ALL OTHER RESPONDENTS. NO MORE THAN 50% OF TOTAL SAMPLE PAST PURCHASER ONLY (I.E. S10 = A).**

-------------------------------------------------------------------
**MAIN SURVEY QUESTIONS**
-------------------------------------------------------------------

**INTRO FOR MAIN QUESTIONNAIRE**

You mentioned that you have purchased or are considering purchasing a used luxury vehicle.  Now imagine you are shopping for a used luxury vehicle, and you are thinking about making a purchase.  If you already own a used luxury vehicle, imagine you are replacing it.

7

In the next series of screens, you will be shown several different luxury vehicle features and characteristics that you might consider when determining which used luxury vehicle to buy.

Each feature will be described in detail. You can return to the feature description at any time during the survey.

Please read each description carefully as each feature is different.

**[RANDOMIZE ORDER OF DESCRIPTION SCREENS A, B, C, D, E, F, AND G. ANCHOR SCREEN H.]**

**[NEXT SCREEN]**

**A. MAKE AND MODEL**

You will see the following makes and models of luxury vehicles:

**[ROTATE ORDER OF COLUMNS]**

| Make and Model | Make and Model | Make and Model | Make and Model |
|---|---|---|---|
|  |  |  |  |
| Mercedes C-Class | BMW 3-Series | Audi A4 | Lexus IS |

**[NEXT SCREEN]**

**B.  MODEL YEAR**

In this survey you will see used luxury vehicles from the following model years:

- 2012
- 2013
- 2014

**C.  MILEAGE**

In this survey you will see used luxury vehicles with the following mileages:

- 50,000 miles
- 75,000 miles
- 100,000 miles
- 125,000 miles

**[NEXT SCREEN]**

**D.  EXTERIOR COLOR**

Several different exterior colors are available for the available used luxury vehicles.  In this survey, you will see the following exterior color options:

**[ROTATE ORDER OF COLUMNS]**

| Exterior Color | Exterior Color | Exterior Color | Exterior Color |
|:---:|:---:|:---:|:---:|
|  |  |  |  |
| Red | Black | Blue | White |

**[NEXT SCREEN]**

**E.  INTERIOR COLOR**

Several different interior colors are available for the available used luxury vehicles.  In this survey, you will see the following interior color options:

**[ROTATE ORDER OF COLUMNS]**

| Interior Color | Interior Color | Interior Color | Interior Color |
|:---:|:---:|:---:|:---:|
|  |  |  |  |
| Black | Beige | Tan | Grey |

13

**[NEXT SCREEN]**

**F.  ACCIDENT HISTORY**

In this survey you will see used luxury vehicles with the following accident histories:

- The vehicle has never been in an accident
- The vehicle was involved in a minor accident in the past

A minor accident is one that does not affect the operation of the vehicle and does not compromise vehicle safety.  Assume the accident caused cosmetic damage, such as dented bumpers, fenders, grills, or body panels.

14

**[NEXT SCREEN]**

## G.  REPAINTING

In this survey you will see used luxury vehicles that either have their original paint or have been repainted:

- The vehicle has its original paint
- The vehicle has been repainted

For repainted vehicles assume the entire vehicle has been repainted at a dealership or other authorized service center.

**[NEXT SCREEN]**

**H.  PRICE**

In this survey you will see used luxury vehicles with the following prices:

- $10,000
- $15,000
- $20,000
- $25,000

**[NEW SCREEN]**

In the next section, we'll show you some different used luxury vehicles and ask you some questions. On each screen, you will see three different used luxury vehicles which vary on the previously described features.  You will be asked to choose which of these three used luxury vehicles you most prefer.

Please assume that the **vehicles you see do not vary in any other way beyond the features described** and that all feature descriptions are accurate. For instance, you should assume that all of the vehicles you see have been properly maintained and are in good operating condition, have similar horsepower, the same transmission type, and so on.

In making your choices, it is important that you answer in the way you would if you were **actually buying a used luxury vehicle**.

**[NEW SCREEN]**

Q1.   Among the three options shown here, which vehicle do you most prefer?

   You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| | **Vehicle 1** | **Vehicle 2** | **Vehicle 3** |
|---|---|---|---|
| Make and Model | Mercedes C-Class | BMW 3-Series | Audi A4 |
| Model Year | 2012 | 2013 | 2014 |
| Mileage | 100,000 | 50,000 | 75,000 |
| Exterior Color | Red | Black | Blue |
| Interior Color | Beige | Tan | Grey |
| Accident History | | | No Accident |
| Paint | Original | Original | Repainted |
| Price | $15,000 | $10,000 | $20,000 |

**[DISPLAY Q1a ON SAME SCREEN AS CHOICE TASK]**

Q1a.    Why did you select this vehicle? **[TYPE IN RESPONSE]**

**[NEW SCREEN]**

**[SHOW SELECTED PRODUCT PROFILE FROM Q1 ABOVE QUESTION]**

Q1b.    You indicated that you would select vehicle **[INSERT OPTION NUMBER].**  If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

      1.  Yes
      2.  No

**[COMPLETE A TOTAL OF 12 CHOICE SETS. Q1 –Q12]**

**[ASK Q1A ONLY FOR FIRST CHOICE TASK]**

**IMAGES FOR CHOICE TASKS**

**Make and Model (match on color as well as make/model)**

| | Mercedes C-Class | BMW 3-Series | Audi A4 | Lexus IS |
|---|---|---|---|---|
| Red |  |  |  |  |
| Black |  |  |  |  |
| Blue |  |  |  |  |
| White |  |  |  |  |

19

**Interior Color**

| | |
|---|---|
| Black |  |
| Beige |  |
| Tan |  |
| Grey |  |