# Exhibit F

0%

Thank you for your willingness to participate in our study. This is a brief study that should take no more than 10 minutes of your time. The results of this study will not be used to try to sell you anything.

The responses you give to our questions are very important to us. If you don't know an answer to a question or if you don't have an opinion, please indicate this in your response. Do not guess. Your answers will only be used in the aggregate and your personal information will be kept confidential.

When you are ready to get started, please click the "Continue" button.

Continue »

0%

Before continuing with this survey, please carefully read these instructions:

- Please take the survey in <u>one</u> session.
- While taking this survey, please do <u>not</u> at any time open any other windows or tabs on this computer or any other computer.
- Please do <u>not</u> view any other written material while taking this survey.
- Please do <u>not</u> consult or talk with any person while taking this survey.
- You will not be able to go back to previous screens to change your answers.

○ I have read the above instructions and understand them, and I will adhere to these instructions.

○ I do not understand the above instructions, or I don't wish to adhere to them.

Continue »

Privacy Policy - Help

1%

What type of device are you using to complete this survey?

○ Mobile phone or cell phone
○ Tablet computer
○ Laptop or netbook computer
○ Desktop computer
○ Other
○ I don't know / I'm not sure

Continue »

Privacy Policy - Help



6%

## Are you…?

- ○ Male
- ○ Female
- ○ Prefer not to answer

Continue »

Privacy Policy - Help



Please select your age.

Select one... ⌄

| Select one... |
| Under 18 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |
| 29 |
| 30 |
| 31 |
| 32 |
| 33 |
| 34 |
| 35 |

8%

Continue »





10%

In which state do you currently live?

Select one... ▾

| Select one... |
| Alabama |
| Alaska |
| Arizona |
| Arkansas |
| California |
| Colorado |
| Connecticut |
| Delaware |
| District Of Columbia |
| Florida |
| Georgia |
| Hawaii |
| Idaho |
| Illinois |
| Indiana |
| Iowa |
| Kansas |
| Kentucky |
| Louisiana |

Continue »

Privacy Policy - Help

12%

Please enter your zip code.

Continue »

14%

Do you or any members of your household work for any of the following?
*(Please select all that apply.)*

- [ ] A company that offers air transportation services (e.g., airline, helicopter services)
- [ ] An automobile body shop
- [ ] An insurance or appraisal company
- [ ] A market research company
- [ ] An advertising company
- [ ] A company that offers rideshare or on-demand transportation services (e.g., bicycles, cars, electric scooters)
- [ ] An accounting firm
- [ ] A government licensing agency (e.g., DMV)
- [ ] A company that manufactures, distributes, or sells motor vehicles
- [ ] A company that rents outdoors recreational gear (e.g., bicycles, kayaks, paddleboards)
- [ ] A travel agency
- [ ] None of these
- [ ] I don't know / I'm not sure

Continue »

16%

Did you have any of the following certifications or licenses at any point in the **past two years,** <u>or</u> do you expect to have any of the following in the **next 12 months**?
***(Please select all that apply.)***

- [ ] Lifeguard Certification
- [ ] Motorcycle License
- [ ] Commercial Pilot License (CPL)
- [ ] Scuba Diving Certification
- [ ] Private Pilot License (PPL)
- [ ] Driver's License
- [ ] CPR Certification
- [ ] Commercial Driver License (CDL)
- [ ] None of these
- [ ] I don't know / I'm not sure

Continue »

19%

Which of the following products, if any, have you **purchased used / secondhand** in the **past two years**, for your own personal or household use?
*(Please select all that apply.)*

- [ ] A luxury vehicle
- [ ] A recreational vehicle (RV)
- [ ] A kayak
- [ ] An off-road vehicle, such as an all-terrain vehicle (ATV) or utility vehicle (UTV)
- [ ] A motorcycle
- [ ] A snowmobile
- [ ] An economy vehicle
- [ ] A bicycle
- [ ] None of these
- [ ] I don't know / I'm not sure

Continue »

22%

You indicated that you purchased a used luxury vehicle in the **past two years**. Which type(s) of vehicle(s) did you purchase?
***(Please select all that apply.)***

☐ Convertible

☐ Minivan

☐ Pickup truck

☐ Coupe

☐ Hatchback

☐ SUV

☐ Sedan

☐ None of these

☐ I don't know / I'm not sure

Continue »

You indicated that you purchased a used luxury vehicle in the **past two years**. Which model vehicle(s) did you purchase?

***(Please select all that apply.)***

- [ ] Acura TL
- [ ] Acura TLX
- [ ] Acura TSX
- [ ] Alfa Romeo Giulia
- [ ] Audi A4
- [ ] Audi A5
- [ ] BMW 3-Series
- [ ] BMW 4-Series
- [ ] Cadillac ATS
- [ ] Cadillac CT5
- [ ] Cadillac ELR
- [ ] Infiniti G37
- [ ] Infiniti Q40
- [ ] Infiniti Q50
- [ ] Infiniti Q60
- [ ] Jaguar XE
- [ ] Lexus IS
- [ ] Lexus RC
- [ ] Lincoln MKZ
- [ ] Mercedes Benz C-Class
- [ ] Volvo C70
- [ ] Volvo S60
- [ ] None of these
- [ ] I don't know / I'm not sure

Continue »



You indicated that you purchased a <u>used</u> **Cadillac ELR** vehicle in the **past two years**. What was the <u>model year</u> of the **Cadillac ELR** vehicle you purchased? If you purchased multiple vehicles of this specific model, please respond with the <u>model year</u> you purchased **most recently**.

Select one...

☐ I don't know / I'm not sure

Continue »

35%

You indicated that you purchased a used luxury vehicle in the past two years. For the vehicle(s) purchased...
**(Please select all that apply.)**

☐ I was one of the primary drivers of the vehicle(s)

☐ I was the primary driver of the vehicle(s)

☐ Someone else was the primary driver of the vehicle(s)

☐ I don't know / I'm not sure

Continue »

38%

Which of the following products, if any, do you **expect to purchase used / secondhand** in the **next 12 months**, for your own personal or household use?
*(Please select all that apply.)*

- [ ] An off-road vehicle, such as an all-terrain vehicle (ATV) or utility vehicle (UTV)
- [ ] A luxury vehicle
- [ ] A motorcycle
- [ ] A kayak
- [ ] A recreational vehicle (RV)
- [ ] A bicycle
- [ ] An economy vehicle
- [ ] A snowmobile
- [ ] None of these
- [ ] I don't know / I'm not sure

Continue »

Privacy Policy - Help

38%

You indicated that you expect to purchase a used luxury vehicle in the **next 12 months**. Which type(s) of vehicle(s) do you expect to purchase?
***(Please select all that apply.)***

☐ Convertible

☐ SUV

☐ Minivan

☐ Sedan

☐ Hatchback

☐ Pickup truck

☐ Coupe

☐ None of these

☐ I don't know / I'm not sure

Continue »

Privacy Policy - Help

You indicated that you expect to purchase a <u>used luxury vehicle</u> in the **next 12 months**. Which <u>model</u> vehicle(s) would you consider purchasing in the **next 12 months**?

***(Please select all that apply.)***

- [ ] Acura TL
- [ ] Acura TLX
- [ ] Acura TSX
- [ ] Alfa Romeo Giulia
- [ ] Audi A4
- [ ] Audi A5
- [ ] BMW 3-Series
- [ ] BMW 4-Series
- [ ] Cadillac ATS
- [ ] Cadillac CT5
- [ ] Cadillac ELR
- [ ] Infiniti G37
- [ ] Infiniti Q40
- [ ] Infiniti Q50
- [ ] Infiniti Q60
- [ ] Jaguar XE
- [ ] Lexus IS
- [ ] Lexus RC
- [ ] Lincoln MKZ
- [ ] Mercedes Benz C-Class
- [ ] Volvo C70
- [ ] Volvo S60
- [ ] None of these
- [ ] I don't know / I'm not sure

Continue »

38%

You indicated that you expect to purchase a <u>used luxury vehicle</u> in the **next 12 months**. What <u>model year(s)</u> would you consider purchasing?
***(Please select all that apply.)***

- [ ] 2020 or later
- [ ] 2015-2019
- [ ] 2010-2014
- [ ] 2005-2009
- [ ] 2000-2004
- [ ] 1999 or earlier
- [ ] Don't know / unsure

Continue »

38%

You indicated that you expect to purchase a used luxury vehicle in the next 12 months. For the vehicle(s) purchased...
**(Please select all that apply.)**

☐ I would be one of the primary drivers of the vehicle(s)

☐ I would be the primary driver of the vehicle(s)

☐ Someone else would be the primary driver of the vehicle(s)

☐ I don't know / I'm not sure

Continue »

Privacy Policy - Help

38%

You mentioned that you have purchased or are considering purchasing a used luxury vehicle. Now imagine you are shopping for a used luxury vehicle, and you are thinking about making a purchase. If you already own a used luxury vehicle, imagine you are replacing it.

In the next series of screens, you will be shown several different luxury vehicle features and characteristics that you might consider when determining which used luxury vehicle to buy.

Each feature will be described in detail. You can return to the feature description at any time during the survey.

Please read each description carefully as each feature is different.

Continue »

Privacy Policy - Help

38%

## REPAINTING

In this survey you will see used luxury vehicles that either have their original paint or have been repainted:

- The vehicle has its original paint
- The vehicle has been repainted

For repainted vehicles assume the entire vehicle has been repainted at a dealership or other authorized service center.

Continue »

Privacy Policy - Help

38%

## ACCIDENT HISTORY

In this survey you will see used luxury vehicles with the following accident histories:

- The vehicle has never been in an accident
- The vehicle was involved in a minor accident in the past

A minor accident is one that does not affect the operation of the vehicle and does not compromise vehicle safety. Assume the accident caused cosmetic damage, such as dented bumpers, fenders, grills, or body panels.

Continue »

Privacy Policy - Help





38%

## MODEL YEAR

In this survey you will see used luxury vehicles from the following model years:

- 2012
- 2013
- 2014

Continue »

Privacy Policy - Help

38%

## EXTERIOR COLOR

Several different exterior colors are available for the available used luxury vehicles. In this survey, you will see the following exterior color options:

***Click images to enlarge.***



| Exterior Color | Exterior Color | Exterior Color | Exterior Color |
|---|---|---|---|
| Blue | Red | White | Black |

Continue »

38%

## MAKE AND MODEL

You will see the following makes and models of luxury vehicles:

*Click images to enlarge.*



| Make and Model | Make and Model | Make and Model | Make and Model |
| --- | --- | --- | --- |
| BMW 3-Series | Mercedes C-Class | Audi A4 | Lexus IS |

Continue »

Privacy Policy - Help

## INTERIOR COLOR

Several different interior colors are available for the available used luxury vehicles. In this survey, you will see the following interior color options:

***Click images to enlarge.***



| Interior Color | Interior Color | Interior Color | Interior Color |
| --- | --- | --- | --- |
| Tan | Black | Beige | Grey |

Continue »



38%

## PRICE

In this survey you will see used luxury vehicles with the following prices:

- $10,000
- $15,000
- $20,000
- $25,000

Continue »

38%

In the next section, we'll show you some different used luxury vehicles and ask you some questions. On each screen, you will see three different used luxury vehicles which vary on the previously described features. You will be asked to choose which of these three used luxury vehicles you most prefer. You can click on the images to expand them, and hover your mouse over the feature names for a more complete description.

Please assume that the **vehicles you see do not vary in any other way beyond the features described** and that all feature descriptions are accurate. For instance, you should assume that all of the vehicles you see have been properly maintained and are in good operating condition, have similar horsepower, the same transmission type, and so on.

In making your choices, it is important that you answer in the way you would if you were **actually buying a used luxury vehicle**.

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** |  BMW 3-Series |  BMW 3-Series |  BMW 3-Series |
| **Model Year** | 2014 | 2013 | 2012 |
| **Mileage** | 75,000 miles | 75,000 miles | 100,000 miles |
| **Exterior Color** | Blue | Black | Blue |
| **Interior Color** |  Tan |  Beige |  Black |
| **Accident History** | No Accidents | Minor Accident | No Accidents |
| **Paint** | Original | Repainted | Repainted |
| **Price** | $20,000 | $15,000 | $25,000 |
| **Select one option** | ○ | ○ | ○ |

Why did you select this vehicle?

Continue »

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | BMW 3-Series | BMW 3-Series | BMW 3-Series |
| **Model Year** | 2014 | 2013 | 2012 |
| **Mileage** | 75,000 miles | 75,000 miles | 100,000 miles |
| **Exterior Color** | Blue | Black | Blue |
| **Interior Color** | Tan | Beige | Black |
| **Accident History** | No Accidents | Minor Accident | No Accidents |
| **Paint** | Original | Repainted | Repainted |
| **Price** | $20,000 | $15,000 | $25,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | Audi A4 | Lexus IS | Mercedes C-Class |
| **Model Year** | 2012 | 2013 | 2013 |
| **Mileage** | 100,000 miles | 75,000 miles | 125,000 miles |
| **Exterior Color** | Blue | White | Black |
| **Interior Color** | Tan | Black | Tan |
| **Accident History** | No Accidents | No Accidents | Minor Accident |
| **Paint** | Original | Repainted | Original |
| **Price** | $20,000 | $20,000 | $25,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | Audi A4 | Lexus IS | Mercedes C-Class |
| **Model Year** | 2012 | 2013 | 2013 |
| **Mileage** | 100,000 miles | 75,000 miles | 125,000 miles |
| **Exterior Color** | Blue | White | Black |
| **Interior Color** | Tan | Black | Tan |
| **Accident History** | No Accidents | No Accidents | Minor Accident |
| **Paint** | Original | Repainted | Original |
| **Price** | $20,000 | $20,000 | $25,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** |  BMW 3-Series |  Lexus IS |  Audi A4 |
| **Model Year** | 2014 | 2014 | 2012 |
| **Mileage** | 50,000 miles | 50,000 miles | 125,000 miles |
| **Exterior Color** | Red | White | Blue |
| **Interior Color** |  Beige |  Beige |  Black |
| **Accident History** | No Accidents | No Accidents | Minor Accident |
| **Paint** | Repainted | Repainted | Original |
| **Price** | $25,000 | $10,000 | $25,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | BMW 3-Series | Lexus IS | Audi A4 |
| **Model Year** | 2014 | 2014 | 2012 |
| **Mileage** | 50,000 miles | 50,000 miles | 125,000 miles |
| **Exterior Color** | Red | White | Blue |
| **Interior Color** | Beige | Beige | Black |
| **Accident History** | No Accidents | No Accidents | Minor Accident |
| **Paint** | Repainted | Repainted | Original |
| **Price** | $25,000 | $10,000 | $25,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | Audi A4 | Lexus IS | Lexus IS |
| **Model Year** | 2014 | 2014 | 2013 |
| **Mileage** | 100,000 miles | 50,000 miles | 50,000 miles |
| **Exterior Color** | Black | Black | Black |
| **Interior Color** | Beige | Black | Black |
| **Accident History** | No Accidents | No Accidents | Minor Accident |
| **Paint** | Original | Original | Repainted |
| **Price** | $15,000 | $25,000 | $20,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

Privacy Policy - Help

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | Audi A4 | Lexus IS | Lexus IS |
| **Model Year** | 2014 | 2014 | 2013 |
| **Mileage** | 100,000 miles | 50,000 miles | 50,000 miles |
| **Exterior Color** | Black | Black | Black |
| **Interior Color** | Beige | Black | Black |
| **Accident History** | No Accidents | No Accidents | Minor Accident |
| **Paint** | Original | Original | Repainted |
| **Price** | $15,000 | $25,000 | $20,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** |  Mercedes C-Class |  BMW 3-Series |  Lexus IS |
| **Model Year** | 2012 | 2014 | 2014 |
| **Mileage** | 50,000 miles | 100,000 miles | 125,000 miles |
| **Exterior Color** | Red | Black | White |
| **Interior Color** |  Black |  Grey |  Grey |
| **Accident History** | No Accidents | No Accidents | No Accidents |
| **Paint** | Original | Repainted | Original |
| **Price** | $10,000 | $20,000 | $25,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** |  Mercedes C-Class |  BMW 3-Series |  Lexus IS |
| **Model Year** | 2012 | 2014 | 2014 |
| **Mileage** | 50,000 miles | 100,000 miles | 125,000 miles |
| **Exterior Color** | Red | Black | White |
| **Interior Color** |  Black |  Grey |  Grey |
| **Accident History** | No Accidents | No Accidents | No Accidents |
| **Paint** | Original | Repainted | Original |
| **Price** | $10,000 | $20,000 | $25,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | BMW 3-Series | Audi A4 | BMW 3-Series |
| **Model Year** | 2012 | 2013 | 2014 |
| **Mileage** | 125,000 miles | 100,000 miles | 125,000 miles |
| **Exterior Color** | Black | Blue | Blue |
| **Interior Color** | Black | Tan | Beige |
| **Accident History** | Minor Accident | Minor Accident | No Accidents |
| **Paint** | Original | Repainted | Repainted |
| **Price** | $20,000 | $20,000 | $10,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

Privacy Policy - Help

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | BMW 3-Series | Audi A4 | BMW 3-Series |
| **Model Year** | 2012 | 2013 | 2014 |
| **Mileage** | 125,000 miles | 100,000 miles | 125,000 miles |
| **Exterior Color** | Black | Blue | Blue |
| **Interior Color** | Black | Tan | Beige |
| **Accident History** | Minor Accident | Minor Accident | No Accidents |
| **Paint** | Original | Repainted | Repainted |
| **Price** | $20,000 | $20,000 | $10,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | BMW 3-Series | Audi A4 | Audi A4 |
| **Model Year** | 2012 | 2012 | 2014 |
| **Mileage** | 75,000 miles | 100,000 miles | 50,000 miles |
| **Exterior Color** | Black | White | White |
| **Interior Color** | Beige | Grey | Beige |
| **Accident History** | No Accidents | Minor Accident | Minor Accident |
| **Paint** | Original | Repainted | Repainted |
| **Price** | $15,000 | $25,000 | $20,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | BMW 3-Series | Audi A4 | Audi A4 |
| **Model Year** | 2012 | 2012 | 2014 |
| **Mileage** | 75,000 miles | 100,000 miles | 50,000 miles |
| **Exterior Color** | Black | White | White |
| **Interior Color** | Beige | Grey | Beige |
| **Accident History** | No Accidents | Minor Accident | Minor Accident |
| **Paint** | Original | Repainted | Repainted |
| **Price** | $15,000 | $25,000 | $20,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** |  Audi A4 |  Audi A4 |  Audi A4 |
| **Model Year** | 2013 | 2014 | 2012 |
| **Mileage** | 75,000 miles | 75,000 miles | 100,000 miles |
| **Exterior Color** | Black | Red | Red |
| **Interior Color** |  Grey |  Beige |  Black |
| **Accident History** | No Accidents | No Accidents | No Accidents |
| **Paint** | Repainted | Original | Original |
| **Price** | $10,000 | $20,000 | $10,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

Privacy Policy - Help

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | Audi A4 | Audi A4 | Audi A4 |
| **Model Year** | 2013 | 2014 | 2012 |
| **Mileage** | 75,000 miles | 75,000 miles | 100,000 miles |
| **Exterior Color** | Black | Red | Red |
| **Interior Color** | Grey | Beige | Black |
| **Accident History** | No Accidents | No Accidents | No Accidents |
| **Paint** | Repainted | Original | Original |
| **Price** | $10,000 | $20,000 | $10,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** |  Lexus IS |  BMW 3-Series |  BMW 3-Series |
| **Model Year** | 2012 | 2014 | 2014 |
| **Mileage** | 75,000 miles | 100,000 miles | 125,000 miles |
| **Exterior Color** | White | White | Red |
| **Interior Color** |  Tan |  Tan |  Tan |
| **Accident History** | Minor Accident | No Accidents | Minor Accident |
| **Paint** | Original | Original | Repainted |
| **Price** | $10,000 | $15,000 | $15,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

Privacy Policy - Help

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | Lexus IS | BMW 3-Series | BMW 3-Series |
| **Model Year** | 2012 | 2014 | 2014 |
| **Mileage** | 75,000 miles | 100,000 miles | 125,000 miles |
| **Exterior Color** | White | White | Red |
| **Interior Color** | Tan | Tan | Tan |
| **Accident History** | Minor Accident | No Accidents | Minor Accident |
| **Paint** | Original | Original | Repainted |
| **Price** | $10,000 | $15,000 | $15,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** |  Mercedes C-Class |  Lexus IS |  Audi A4 |
| **Model Year** | 2014 | 2014 | 2012 |
| **Mileage** | 125,000 miles | 100,000 miles | 125,000 miles |
| **Exterior Color** | Black | Blue | Red |
| **Interior Color** |  Tan |  Black |  Grey |
| **Accident History** | Minor Accident | Minor Accident | Minor Accident |
| **Paint** | Original | Original | Repainted |
| **Price** | $25,000 | $15,000 | $20,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** |  Mercedes C-Class |  Lexus IS |  Audi A4 |
| **Model Year** | 2014 | 2014 | 2012 |
| **Mileage** | 125,000 miles | 100,000 miles | 125,000 miles |
| **Exterior Color** | Black | Blue | Red |
| **Interior Color** |  Tan |  Black |  Grey |
| **Accident History** | Minor Accident | Minor Accident | Minor Accident |
| **Paint** | Original | Original | Repainted |
| **Price** | $25,000 | $15,000 | $20,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | Lexus IS | Audi A4 | Mercedes C-Class |
| **Model Year** | 2012 | 2012 | 2014 |
| **Mileage** | 125,000 miles | 125,000 miles | 50,000 miles |
| **Exterior Color** | White | Black | Red |
| **Interior Color** | Grey | Black | Black |
| **Accident History** | No Accidents | No Accidents | No Accidents |
| **Paint** | Original | Repainted | Original |
| **Price** | $25,000 | $25,000 | $10,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** |  Lexus IS |  Audi A4 |  Mercedes C-Class |
| **Model Year** | 2012 | 2012 | 2014 |
| **Mileage** | 125,000 miles | 125,000 miles | 50,000 miles |
| **Exterior Color** | White | Black | Red |
| **Interior Color** |  Grey |  Black |  Black |
| **Accident History** | No Accidents | No Accidents | No Accidents |
| **Paint** | Original | Repainted | Original |
| **Price** | $25,000 | $25,000 | $10,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Among the three options shown here, which vehicle do you most prefer?

You should assume that the **vehicles do not vary in any other way beyond the features described** and that all feature descriptions are accurate.

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** |  BMW 3-Series |  BMW 3-Series |  BMW 3-Series |
| **Model Year** | 2013 | 2012 | 2012 |
| **Mileage** | 100,000 miles | 50,000 miles | 50,000 miles |
| **Exterior Color** | Blue | Blue | Black |
| **Interior Color** |  Black |  Grey |  Grey |
| **Accident History** | No Accidents | No Accidents | Minor Accident |
| **Paint** | Repainted | Repainted | Original |
| **Price** | $25,000 | $10,000 | $10,000 |
| **Select one option** | ○ | ○ | ○ |

Continue »

| Vehicle | Vehicle 1 | Vehicle 2 | Vehicle 3 |
|---|---|---|---|
| **Make and Model** | BMW 3-Series | BMW 3-Series | BMW 3-Series |
| **Model Year** | 2013 | 2012 | 2012 |
| **Mileage** | 100,000 miles | 50,000 miles | 50,000 miles |
| **Exterior Color** | Blue | Blue | Black |
| **Interior Color** | Black | Grey | Grey |
| **Accident History** | No Accidents | No Accidents | Minor Accident |
| **Paint** | Repainted | Repainted | Original |
| **Price** | $25,000 | $10,000 | $10,000 |
| **Select one option** | ● | ○ | ○ |

You indicated that you would select vehicle **Vehicle 1**. If these were the only used luxury vehicles available at the time you were shopping, would you actually purchase the vehicle you selected above?

○ Yes
○ No

Continue »

Privacy Policy - Help