# Exhibit G

## Coefficients for Mixed Logit Regression

| Variable | Coefficient | Std. Error |
|---|---|---|
| (a) | (b) | (c) |
| **Mean Coefficients** | | |
| **Make and Model[1]** | | |
|     Mercedes C-Class | 0.0904 | 0.0751 |
|     BMW 3-Series | 0.0494 | 0.0847 |
|     Audi A4 | -0.0433 | 0.0878 |
| **Model Year[2]** | | |
|     2013 | 0.3304 *** | 0.0673 |
|     2014 | 0.4727 *** | 0.0686 |
| **Mileage** | -2.4363 *** | 0.1269 |
| **Exterior Color[3]** | | |
|     Red | -0.2796 *** | 0.0795 |
|     Black | -0.1677 * | 0.0785 |
|     Blue | -0.1537 | 0.0837 |
| **Interior Color[4]** | | |
|     Black | 0.0830 | 0.0782 |
|     Beige | 0.0229 | 0.0807 |
|     Tan | -0.0119 | 0.0831 |
| **Minor Accident[5]** | -0.9396 *** | 0.0635 |
| **Repainted[6]** | -0.4357 *** | 0.0571 |
| **Price (in $ thousands)** | -3.6421 *** | 0.1889 |
| **No Purchase[7]** | -5.0200 *** | 0.2232 |

## Coefficients for Mixed Logit Regression

| Variable | Coefficient | Std. Error |
|---|---|---|
| (a) | (b) | (c) |
| **Std. Dev. Of Coefficients** | | |
| **Make and Model[1]** | | |
|     Mercedes C-Class | 0.9218 *** | 0.1023 |
|     BMW 3-Series | 0.6855 *** | 0.1336 |
|     Audi A4 | 0.9604 *** | 0.1148 |
| **Model Year[2]** | | |
|     2013 | 0.1764 | 0.1473 |
|     2014 | 0.2814 * | 0.1337 |
| **Mileage** | 2.6692 *** | 0.1252 |
| **Exterior Color[3]** | | |
|     Red | 0.4745 *** | 0.1383 |
|     Black | 0.2557 | 0.1556 |
|     Blue | 0.1390 | 0.1844 |
| **Interior Color[4]** | | |
|     Black | 0.3537 ** | 0.1339 |
|     Beige | 0.0044 | 0.1764 |
|     Tan | 0.2527 | 0.1666 |
| **Minor Accident[5]** | 0.8477 *** | 0.0880 |
| **Repainted[6]** | 0.6206 *** | 0.0897 |
| **Price (in $ thousands)** | 1.9124 *** | 0.1423 |
| **No Purchase[7]** | 2.6284 *** | 0.1353 |
| **Log Likelihood:** | | -4353.5 |

**Notes:**

[1] Relative to a Lexus IS make and model.

[2] Relative to a vehicle with model year 2012.

[3] Relative to a vehicle with a white exterior color.

[4] Relative to a vehicle with a grey interior color.

[5] Relative to a vehicle which had not been in an accident.

[6] Relative to a vehicle with its original paint.

[7] Respondents were allowed to select that they would purchase none of the options in a given set.

*** p-value < 0.001; ** p-value < 0.01; * p-value < 0.05

**Source:**
NERA Used Car Survey.