**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 28 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

---

**EMILY PINON, GARY C. KLEIN,**
**KIM BROWN, JOSHUA FRANKUM,**
**DINEZ WEBSTER, and TODD**
**BRYAN, on behalf of themselves and**
**all others similarly situated,**

        Plaintiffs,

    v.

**DAIMLER AG and MERCEDES-**
**BENZ USA, LLC,**

        Defendants.

**CASE NO: 1:18-cv-03984-MHC**

---

## OBJECTION OF GUERRA GUSTAVO

I, Gustavo Alfonso Guerra, hereby declare:

1. This objection is submitted on my own behalf as a member of the *Ponzio vs.*
   *Mercedes-Benz, LLC and Daimler AG,* Michigan Subclass.

2. My full name is Gustavo Alfonso Guerra.

3. I reside at 929 Grandville Ave SW Grand Rapids, MI 49503.

4. My telephone number is 616-617-8471.

5. My Subject Vehicle is a model year 2013 C300 bearing VIN

WDDGF8AB5DG145503.

6. I purchased my Subject Vehicle used from Motor Mall of Grand Rapids, 830 28th St SE, Grand Rapids, MI 49508 in July 2016. I still own my Subject Vehicle.

7. My Subject Vehicle currently has **86393** miles.

8. My Subject Vehicle's in-service date is unknown to me, but it is at least 8 years old based on the model year.

9. I have not had my Subject Vehicle repainted despite experiencing peeling, flaking, or bubbling of the Subject Vehicle's exterior paint or clearcoat as a consequence of the Mars Red paint defect.

10. I have reviewed the Settlement Class definition, and I understand that I am a member of the Settlement Class. I have not opted out and I do not plan to opt out of the Settlement Class.

11. I do not intend to appear at the final approval hearing through counsel.

12. My objection to the Settlement, includes, but is not limited to the uncertainty that my entire car will be repainted, the absence of a rental vehicle and/or rental reimbursement while my vehicle is in for repairs and the settlement does not include diminished value of my vehicle.

## VERIFICATION

Consistent with 28 U.S.C. § 1746, I declare and verify under penalty of

perjury that the foregoing is true and correct.

Dated: July 27, 2021

_____
Gustavo Guerra

Insert shipping document here. ▶



ORIGIN ID:PBIA     (561) 333-3333
AMANDA HEINE
GORDON & PARTNERS
3309 NORTHLAKE BLVD.
SUITE 207
PALM BEACH GARDENS, FL 33403
UNITED STATES US

SHIP DATE: 26JUL21
ACTWGT: 0.50 LB
CAD: 108108593/WSXI3600

BILL SENDER

TO  CLERK OF THE COURT
UNITED STATES COURTHOUSE
75 TED TURNER DRIVE NW SUITE 2211

ATLANTA GA 30303     REF: OFFICE
(833) 961-3967                    DEPT:
INV:
PO:

FedEx
Express

E

TUE - 27 JUL 10:30A
PRIORITY OVERNIGHT

Extremely Urgent



TRK#  2818 7145 3190                   3030
0201                          WED - 28 JUL AA
FedEx                PRIORITY OVERNIGHT
TRK#
0201  2818 7145 3190                   30303
                                       GA-US
X  XH  QFEA                            ATL

A4084047  27Jul2021  PBIA  56DG2/0265/1B23



526
629