UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 30 2021

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

Case No: 1:18-CV-03984-MHC

Class member :
Joshua Wensell/ Cindy Addis
520 Hillcrest Cross Rd, Canton, GA 30115
(678)-836-9465    (770)-789-1758
Purchase March 2020

2012 Mercedes - Benz SLK CLS 350
VIN: WDDPK5HA9CF038885

We have reviewed the settlement. We have not opted out of the settlement.

We have been denied Goodwill coverage for the paint repair of our vehicle.
We have not been able to have our car repainted. Marietta Mercedes-Benz, Classic Paint and Mercedes - Benz customer service for the Mars Red pain settlement all refer to the other party or the settlement website. We have made a good faith effort throughout this process.
Would it be possible for us and all the other affected parties to present to an authorized Mercedes - Benz dealer and have the paint repair handled as a recall? This would allow the vehicle owners to have their vehicle repaired timely. It would also allow Mercedes - Benz to file the work on their insurance. It would expedite the process. It would preserve the good name and reputation of Mercedes - Benz. " The Best or Nothing"

I will attend the hearing 8/30/2021. I will present a statement to the Clerk of Court.

Thank you,
Cindy Addis
&                8/30/2021
Joshua Wensell